# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**          : **CRIMINAL NO.: 0313 2:25CR00057-001**

       **vs.**

**MD NURUL HASAN**


### DEFENDANT'S SENTENCING MEMORANDUM


**I.**     **SUMMARY BACKGROUND**

| | |
|---|---|
| Name: | MD NURUL HASAN |
| Address: | 27 Hurley Court, Millbourne, PA |
| Education: | Bachelor's Degree, National University, Bangladesh 1997<br>Master's Degree, International Islamic University Chittagong, Bangladesh 2000 |
| Employment: | PeopleNTech, IT Department, 2015-2024 |
| | Colonial Marble and Granite, IT Department, 2024-present |
| Offenses: | Conspiracy, 18 U.S.C. §371, 1 Count; |
| | Providing of False Information in Registering and Aiding and Abetting, 52 U.S.C. § 10307(c), 18 U.S.C. § 2, 16 Counts |
| | Fraudulent Voter Registration and Aiding and Abetting; 52 U.S.C. § 20511(2)(A), 18 U.S.C. § 2, 16 Counts |
| Bail: | Released O/R $25,000 |
| Criminal History: | None |

## II.    DEFENDANT'S PERSONAL HISTORY

MD Nurual Hasan was born in Chittagong, Bangladesh on March 15, 1977. He is the oldest of six born to MD Nurul Haque and Monowala Begem. He and his siblings were raised by their parents in Bangladesh. He received his Bachelor's Degree in Social Sciences from National University in Bangladesh in 1997. In 2000 he received a Master of Business Administration (MBA) degree from International Islamic University Chittagong.

In 2004 MD Hasan moved to the United States. He has resided in Philadelphia and Upper Darby, before settling in Millbourne. In 2006 MD Hasan married his wife Sarmin Kiblia in Bangladesh. From 2006 until 2011 MD Hasan lived and worked in Pennsylvania, apart from his wife who remained in Bangladesh, in an attempt to financially support his family. In 2011 his wife moved to the United States. They currently reside in Millbourne with their four children, Nudrat Hasan Manha (age 13), Labib Shah Nubaid (age 9), Nushrika Hasan Narmin (age 3) and Nusaiba Hasan Namin (eight months).

From 2015 until 2024, MD Hasan was employed in the IT Department at PeopleNTech in Upper Darby. He also drove for UBER. In 2024 MD Hasan began working in the IT Department for Colonial Marble and Granite in King of Prussia. He is still currently an employee there.

## III.    PROCEDURAL HISTORY

On On February 18, 2025, the Grand Jury returned a 33-count Indictment charging MD Nurul Hasan and Co-Conspirators with Conspiracy, 18 U.S.C. § 371 [Count 1]; False Information Registering and Aiding and Abetting, 52 U.S.C. § 10307(c) and 18 U.S.C. § 2

[Counts 2 through 17] and Fraudulent Voter Registration and Aiding and Abetting, U.S.C. § 20511(2)(A) and 18 U.S.C. § 2 [Counts 18 through 33].

On April 1, 2025, MD Hasan pled Guilty to all 33 Counts in the Indictment.

## IV.    CHARACTER REFERENCE LETTERS

Attached hereto and marked Exhibit "A" are statements attesting to MD Hasan's character.

Sarmin is Hasan's wife. She is says that MD Hasan has shown great remorse for what he has done. He is honest with integrity. Incarceration will adversely affect their family, and mostly their children. She has never worked and has no worldly experience to sustain the family.

MD Nural Hoque is MD Hasan's father. He states that MD Hasan is honest, talented caring, and has a passion for helping others.

MD Hossain is a younger brother to MD Hasan. He states that MD Hasan is a man of honesty, deep faith and strong morals. MD Hasan has prioritized helping others and deeply involved in community service.

Syeda Roushan Ara is MD Hasan's brother in law and has known him for the past 16 years. She states that she has known him to be a man of faith, strong moral values and a commitment to helping others. She would ask the Court to consider his longstanding contributions to society and the community.

MD Nur Uddin Zahid is MD Hasan's brother. He states MD Hasan is a pillar of support for his family and the Community. He asks the Court to consider his moral fiber and the impact MD Hasan's absence will have on his family.

Jannatul Bakia is the wife of MD Hasan's younger brother. She has known him 12 years. She states that MD Hasan is a pillar in the Community and always helping others.

Mohammad Alamgir is MD Hasan's brother in law. He states that MD Hasan helped him transition moving to the United States. He further says MD Hasan is a kind hearted man.

Arifa Alamgir is MD Hasan's niece. She states that he was always there for her as she grew up.

Nina Ahmed, Ph.D is a Philadelphia City Council member and has known MD Hasan since 2018. She states that MD Hasan is a longtime friend and a beloved member of the Bangladeshi-American community. MD Hasan has organized the Bangladeshi Parade in Upper Darby. She further states that when he made a commitment to help, he could always be counted on to follow through.

Dr. Ibrul Chowdhury has known MD Hasan for the past 12 years. She knows him to be a person of integrity, reliability and strong moral character. She states he has always gone the extra mile to help those in need.

Rahat Bin Rabbi is the Assistant Finance Officer for the Borough of Millborne and has worked with MD Hasan for the past several months. Rabbi states that MD Hasan is an individual of integrity, courage, and dedication to his work. In addition to being honest, transparent and professional.

Ziauddin Ahmed MD is a friend of MD Hasan for years. He states MD Hasan is an extraordinary presence in the Community, and is valued in their small but vibrant Community.

Salauddin Miah is a Councilman in Millbourne Borough, a US Marine Corp Veteran

4

and 10 yearlong friend of MD Hasan. He states MD Hasan has demonstrated kindness, honesty and a strong commitment to Public Service. He states that MD Hasan's absence would constitute a significant hardship on the family.

Sheik Siddique is the President of Masjid Al Madinah and has known MD Hasan for over 20 years. He states he is a man of integrity and compassion. Additionally, he states that MD Hasan has demonstrated a deep commitment of others and has been a community organizer for those in need and his leadership and generosity have had a positive impact on the Community.

Tozammel Haque is an Ex-President of the Bangladeshi Taxi Society of Philadelphia and has known MD Hasan for 15 years. He can attest to MD Hasan's honesty, resilience and contribution to those around him.

Mohamed Ali is an Ex-President of the Bangladeshi Taxi Society of Philadelphia and Former Acting President of the Bangladesh Society of PA and he has known MD Hasan for the past 14 years. He states that MD Hasan has great character and as a volunteer and advisor. MD Hasan makes a significant impact on those around him.

Elias Munna is a friend of MD Hasan for the past 5 years. Munna states that MD Hasan demonstrates responsibility respect and honesty.

Mohammed Mohiuddin has been friends with MD Hasan for 20 years. He states that he is a man of principle, honesty, and resilience. He states he is a pillar in the community with a strong moral character and has a positive impact on others.

M. Siddique has known MD Hasan for the past 5 years. During that time he has known MD Hasan to have a good moral character, responsible, respectful and honest.

Iftekhar Hossain has known MD Hasan for 20 years. He can attest to MD Hasan's

5

good moral character, honesty, principle and contribution to those around him.

Gulam Mustafa has been friends with MD Hasan for over 15 years. Through the years of friendship MD Hasan has shown honesty, integrity and a deep commitment to the Community.

Mohammed Hossain is a childhood friend who has known MD Hasan for more than 40 years as they grew up together in Bangladesh. He knows MD Hasan to be a man of integrity, compassion and responsibility.

Mohammed Kabir has been friends with MD Hasan for 10 years. He states MD Hasan has a longstanding moral compass, is honest and has commitment to his community.

Mohammed Hossain has known MD Hasan for over a decade. He states that MD Hasan has consistently demonstrated responsibility and has a sincere commitment to helping others. Additionally he states that he is dependable, respectful and morally upright.

Rahib Hossain is a longtime friend of MD Hasan. He states that he is very responsible and community oriented.

Maymuna Akter has known MD Hasan for entire life. She looks up to him as being kind, dependable, and respectful and truly cares about others.

Abir Arab is a Post Graduate student at Temple University, resident of Millbourne, and has know MD Hasan for several years. He states Hasan is a person of exceptional character, and that he has had a positive lasting effect on the community. He also states that actions and intentions are always guided by a deep sense of compassion.

Jasem Uddin has known MD Hasan for over a year. He states MD Hasan is a man of exceptional character.

MD Rahman has known MD Hasan for the past 4 months. He states MD Hasan is

6

man of sound moral character, honesty and integrity.

Gulshan Trikha is a neighbor of MD Hasan and has known him for 5 years. Trikha states that MD Hasan is dedicated to the Community.

Wahida Rahman is a neighbor and has known MD Hasan since 2018. Rahman states that MD Hasan is a man of exceptional moral character, empathy and dedication to justice.

Mohammed Rana has known MD Hasan for over 40 years and is his cousin. He states MD Hasan has an unwavering commitment to honesty and community service.

S M Nasim has known MD Hasan for 24 years. He states MD Hasan is responsible, respectful, honest and has a commitment to helping others.

Mosammat Sanu has known MD Hasan for 8 years. He is asking the Court to consider MD Hasan's morality, honesty and past dedication to the community.

Mohammed Kalam has been friends with MD Hasan for over 20 years. He states that's MD Hasan is always willing to help anyone and is responsible and works hard.

Mainul Kaisar is a longtime friend of MD Hasan. Kaisar has always found MD Hasan to be honest and community oriented with a strong moral character and dedication to ethical conduct.

Mohammed Azim is a family friend for more than 10 years. He states that MD Hasan has always been honest, responsible, moral and involved in the community.

Salauddin Sorower has known MD Hasan for 15 years. Sorower has known MD Hasan to be responsible, honest and performs a lot of volunteer work.


## V.    ACCEPTANCE OF RESPONSIBILITY

MD Hasan has admitted his involvement in the offense, and immediately pled guilty,

saving substantial government and court resources.

## VI.    PROBATION REPORT AND OBJECTIONS

U.S. Probation Officer Sara Donson prepared a thorough and thoughtful Presentence Investigation Report (PSR) in this matter. The Guidelines calculations (adjusted offense level of 15) were objected to by MD Hasan. Hasan has objected to this enhancement on the grounds that his criminal activity "did not include more than five participants." MD Hasan claims, his criminal activity "involved three co-conspirators, was not complex and lasted a short duration of time." Initially based on this position, MD Hasan asserted that the aggravated role enhancement should not apply, which means he would also be eligible for a two-level downward adjustment as a zero-point offender under Section 4C1.1. However, it is now agreed by MD Hasan that Hasan would still get a two-level aggravated role enhancement, pursuant to Section 3B1.1(c), and this enhancement would make the defendant ineligible for a two-level downward adjustment under Section 4C1.1. MD Hasan believes that the adjusted offense level should be a 13.

## VII.    18 U.S.C. §3553(a) FACTORS

The Court, in determining the particular sentence to be imposed, shall consider:

### 1.    The Nature and Circumstances of the Offense

The nature and circumstances of the offense are well illuminated in the Presentence Report.

8

**The History and Characteristics of the Defendant**

The history and characteristics of the defendant are detailed in the many character reference letters that are attached hereto and marked Exhibit "A" as well as summarized for the convenience of the Court earlier in this Memorandum.

**2(a). The Need for the Sentence Imposed to Reflect the Seriousness of the Offense, to promote respect for the law, and to provide just punishment**

The base offense level assigned to this offense encompasses this need in the typical case. However, because of the many mitigating factors present here, the court should vary downward from the assigned offense level

MD Hasan has lost everything. He will lose his job, he has ready lost his reputation in the community. He has been embarrassed. He will be barred from holding Political Office. He will never find another job as rewarding as being an Elected Official and helping his constituents. And he could be incarcerated. Such a sentence promotes respect to the law.

### 2(b). The Need for the Sentence Imposed to Afford Adequate Deterrence to Criminal Conduct

MD Hasan was deterred merely by the accusation. There is no evidence that he intends to commit this or any other offense in the future. He has learned his lesson. He has lost:

    –    The esteem of his siblings, parents, wife, children and friends;

    –    His job;

    –    His future job potential.

    –    A career serving in Public Office

    –    His self-esteem through the shame

If someone else similarly situated were to see what happened to MD Hasan, all that he has lost, permanently being labeled a felon, potential incarceration and having the next subsequent years of his life supervised by federal authorities, that would be more than a sufficient deterrent to anyone considering engaging in similar conduct.

### 2(c).　The Need for the Sentence Imposed to Protect the Public from Further Crimes of the Defendant

10

There is no evidence that the defendant will commit a crime in the future, and no evidence he presents a threat to the public.

### 2(d). The Need for the Sentence Imposed to Provide the Defendant with Needed Educational or Vocational Training, Medical Care, or Other Correctional Treatment in the most Effective Manner

The defendant is not in need of educational or vocational training, medical care or correctional treatment.

## VIII    DETERRENCE

The National Institute of Justice has published info' nation about the value of deterrence and addressing whether or not punishment deters criminal behavior.

It is clear from the facts of this case that specific deterrence is not a concern that the Court should have regarding MD Hasan. All factors point to a reasonable conclusion that MD Hasan will never commit another criminal offense. However, the government often argues that a sentence of incarceration is necessary in order to deter others who may be similarly situated to

MD Hasan. The National Institute of Justice "Five Things About Deterrence" addresses this concern.

Those five things about deterrence are:

1.      "The certainty of being caught is a vastly more powerful deterrent than the punishment". In other words, there is a recognition that people commit crimes because they do not believe they will get caught. The thought of punishment as a deterrent does not enter in to it because the person will not commit the crime if they think they are going to be caught.

2.      "Sending an individual convicted of a crime to prison isn't a very effective way to deter crime". That makes intuitive sense since, if people do not believe they will get caught, they will commit a crime and, if they believe they will get caught, will not commit a crime regardless of the punishment.

3.      "Police deter crime by increasing the perception that criminals will be caught and punished".

4.      "Increasing the severity of punishment does little to deter crime".

5.      The last point about deterrence is inapplicable here because it relates to the death penalty.

It is acknowledged that this information does not create substantive or procedural rights and is not necessarily the position of the United States Department of Justice. However, it is

authoritative on this issue and the United States Department of Justice, Office of Justice

Programs, National Institute of Justice is a reputable repository for information of this sort.'

Attached to this Memorandum are letters from people who know MD Hasan best.

Recently, many people in a position to know, have commented regarding sentencing

and its effect on those sentenced. Justice Anthony Kennedy has stated that long sentences

have appalling effects on people's lives.[2]

Similarly, former Attorney General Eric Holder has commented that too many

Americans go to too many prisons for far too long.'

Former President George W. Bush commuted the 30 month incarceration sentence for

Lewis "Scooter" Libby and, among other things, remarked that the decision to commute his

prison sentence leaves in place a harsh punishment for Mr. Libby. "The reputation he gained

through his years of public service and professional work in the legal community is forever

damaged. His wife and young children have also suffered immensely. He will remain on

probation". The consequences of his conviction will be long lasting.'

In Rita v. United States, 551 U.S. 338, 127 S. Ct. 2456, 168 L. Ed. 2d 203 (2007), the

Supreme Court held that even if a traditional departure is not justified, a non-guideline sentence

---

nij.ojp.gov/topics/articles/five-things-about-deterrence

Reported in the *Harvard Gazette* of October 22, 2015), found at
h_p ://news.harvard. edu/gazette/story/2015/10/kennedy-assails-prison- shortcomings/

"http          justice.gov;iso/opa/ag/speeches/2013/ag-speech-130812 htinl

·http://www.justice.gov/iso/opa/ag/speeches/2013/ag-speech-130404.html

'George W. Bush-whitehouse.archives.govinews/releases/2007/07/20070702-3.html

can be appropriate because the guideline sentence itself fails to properly reflect all of the 18 U.S.C. Section 3553(a) considerations.

This is MD Hasan's first offense. He has lead a law abiding life for over 44 years. In US v. Tomko, 562 F. 3d. 558 (3r$^d$ Cir. 2009), the defendant was convicted of tax invasion with a loss of $225,000.00 and guidelines of 12 to 18 months. The Third Circuit held that the court's sentence to probation on condition of one year home detention and fine of $150,000.00 was not unreasonable in the part because of the defendant's minimal criminal record.

Prison time is more significant for someone who is a first offender so a below guideline sentence for such a person is justified. US v. Baker, 445 F. 3d. 987 (7th Cir. 2006).

In 28 U.S.C. Section 994(j), Congress has provided that "the commission shall ensure that the guidelines reflect the general appropriateness of imposing a sentence other than imprisonment in cases in which the defendant is a first offender who has not been convicted of a crime of violence or an otherwise serious offense, and the general appropriateness of imposing a term of imprisonment on a person convicted of a crime of violence that results in serious bodily injury. Thus, there is congressional recognition of the propriety of a non-incarceration sentence in cases such as the one here.

In US v. Autery, 555 F. 3d. 864 (9th Cir. 2009), the defendant was convicted of possession of child pornography and his guidelines were 41-51 months. The Court found a variance to probation and the 9t$^h$ Circuit found that that sentence was not unreasonable in part because of his positive characteristics "such as having no history of substance abuse, no interpersonal instability, no socio-pathic or criminalistic attitude, his motivation and intelligence and the support of his wife and child.

14

In US v. Munoz-Nava, 524 F. 3d. 1137 (10th Cir. 2008), the defendant was convicted in a drug case and is guidelines were 47-56 months. The Court held that the District Court sentence of one year and a day in prison and one year of home detention was reasonable in part because of defendant's behavior while on a 1 $\frac{1}{2}$ year pretrial release which the District Court found to be exemplary and shows that the defendant is unlikely to re-offend.

In Pepper v. US, 131 S. Ct. 1229 (2011), the Court indicated that the likelihood that a defendant will engage in future criminal conduct is a central factor that District Court's must assess when imposing a sentence. In this case, there is no evidence that MD Hasan will engage in any future criminal conduct.

Here, MD Hasan, prior to Indictment met with the U. S. Attorney and Federal Law Enforcement Authorities and provided information regarding these illegal activities. Additionally, post Indictment, MD Hasan  immediately indicated he would accept responsibility and plead guilty. Such cooperation, even in the absence of a 5K1.1 Motion, can be responsible for a significant downward variance.

In United States v. Ruff, 535 F. 3d. 999 (9th Cir. 2008), the defendant pled guilty to embezzling $650,000.00 from a non-profit organization over the course of three years. His guidelines were 30-37 months. The District Court sentenced him to one day in jail and supervised release for three years on the condition that he spend a year in community treatment, go to work and obtain counseling. That sentence was not unreasonable in part because of his cooperation with the agents as to how the crime was accomplished.

In United States v. Howe, 543 F. 3d. 128 (3ʳᵈ Cir. 2008), the government was requesting a sentence of 18 months. The Court sentenced to probation for many reasons, many of which apply to case at bar. Mr. Howe had no criminal history, no drug or alcohol history, was a well regarded member of his community, submitted many letters of support, he recognized the seriousness of the offense, expressed heartfelt remorse and the process had been difficult for him and his family.

Those factors plus many others are present here.

For all of the reasons detailed herein, a one day sentence on the bank fraud count is sufficient but not greater than necessary to adequately serve the purposes of sentencing, and imposition of the two year mandatory minimum on the aggravated identity theft count is sufficient to serve the purposes of sentencing.

## IX.         VARIANCE: The following list of mitigating factors are all valid reasons for a sentence below the guideline range:

1. That MD Hasan is a person of honesty, trustworthiness, compassion and responsibility.

2. MD Hasan is a person with a strong moral compass and demonstrated a strong work ethic

3. MD Hasan has contributed to the community in many ways both when as an elected official and in a personal capacity.

4. MD Hasan has exemplified kindness, integrity and the will to help others.

5. MD Hasan has consistently supported friends and family in time of need, has always been there for others, putting his own needs aside to support those in distress, both while an elected official and in a personal capacity.

6. MD Hasan is generous and caring.

7. MD Hasan is supportive, helpful and a cornerstone in the community.

8. MD Hasan has genuine compassion for others and is selfless, kind and responsible, is known as a great person, a great family member, a great friend and a great former community leader.

9. MD Hasan has admitted to his mistake and is incredibly remorseful.

10. MD Hasan has learned his lesson form his actions and would never do anything like that again.

11. MD Hasan is aware of his actions have hurt the trust in the Election Process.

12. MD Hasan has no criminal record.

13. Prison time is more significant for someone who is a first offender.

14. MD Hasan's imprisonment will adversely impact his wife and small children.

15. MD Hasan immigrated to The United States and was a productive, crime free member of society until this incident.

16. MD Hasan has been compliant on pretrial release, showing he is amenable to supervision in the Community.

## X.    CONCLUSION

For all of the foregoing reasons, the defendant respectfully requests that the Court sentence him, giving due to consideration to all of the mitigating factors contained herein, to a non-incarceration sentence. In lieu of a non-incarceration sentence, a sentence of one day incarceration with supervised release.

**Respectfully Submitted,**

**Michael S. Dugan, Esquire**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's

Change of Plea Memorandum was served by email upon:

Mark B. Dubnoff, Assistant United States Attorney
Counsel for the Government

Date: June 11, 2025

_____
Michael S. Dugan, Esquire
Attorney for the Defendant

# Exhibit "A"

 **Outlook**

---

**Fw: Character Reference for My Husband,Md Nurul Hasan**

---

**From** md hasan <mn.hasan@hotmail.com>
**Date** Mon 5/19/2025 11:47 AM
**To**     Mike Dugan Attorney <dugan@duganlawoffice.com>

---

**From:** Sarmin hasan <sarminkibria87@hotmail.com>
**Sent:** Sunday, May 18, 2025 5:15 PM
**To:** mn.hasan@hotmail.com <mn.hasan@hotmail.com>
**Subject:** Character Reference for My Husband,Md Nurul Hasan

Honorable Judge Hervey Bartle III,

I am writing to you as the wife of Md Nurul Hasan, who is currently facing charges related to a voter fraud case.

First of all, I sincerely apologize. I never imagined that I would have to write to you about this. I consider myself very fortunate—Hasan is my life partner. He is someone whose honesty and integrity have always been admirable. I am shocked to be facing such a situation. At that time, I was pregnant and preoccupied with myself.

By the time I came to know, it was already too late. Hasan himself admitted his mistake with deep remorse. In such a situation, there was nothing more to be done. Hasan and I have always advised our children to speak the truth. I don't know how they will accept the fact that their father has made such a mistake, someone who always teaches them to help others and to walk the path of righteousness. My children wait eagerly for their father to come home from work every day. I don't know what will happen if their father is taken away from them. How will I answer their questions?

I am already falling ill due to all this. Our baby, who is just 11 months old, has begun to feel and understand a father's love—how will I ever fill that void? If Hasan is taken away from us forever. I will be left to live a life like a widow and my children will grow up like orphans.

 I have no experience of the outside world because I've never gone out to earn a living. Hasan is the sole provider for our family. From taking the children to school to taking them to the doctor, he manages everything. Helping others in times of need is a part of who he is.

If Hasan is guilty, then we're equally guilty too. Please forgive me and my entire family. If any concession can be made considering our children, If there is any forgiveness in your authority for Hasan's mistake, or if instead of separating him from his children, household punishment or some form of community service can be given. I will remain eternally grateful to you and the court.

If you want to know more about Hasan, you can contact me at this email address. Thank you for your time and consideration.

Sarmin kibria
27 Hurley Court Millbourne Borough ,pa-19082
Email-sarminkibria87@hotmail.com

Get Outlook for iOS

Subject: <u>Character Reference for My Son, Md Nurul Hasan.</u>

Your Honor,

I write to you today not only as a father but also as a proud freedom fighter who served my country with honor on the battlefield in 1971. I began working at the age of 21 and served diligently for 36 years with unwavering honesty and dedication.

Among my three sons, 'Md. Hasan' has always been a role model in our family. He is honest, talented, and deeply caring — particularly toward his siblings, whom he has helped raise with love and guidance. From a young age, he stood out for his sense of responsibility and moral values.

When Md. Hasan moved to the United States, he saw the struggles of people around him and, true to his character, dedicated himself to helping them in any way he could. His passion for serving others is something I have always encouraged in all my children.

My wife and I made it a priority to raise our children with a strong foundation of education, honesty, and compassion. In our home, especially during the month of Ramadan, my children witnessed me personally helping around 1,000 people every year providing them with food, money, and clothing. This is the legacy of generosity and community service that we passed on to them — a legacy Md. Hasan embraced wholeheartedly.

In all these years, I have never seen my son involved in any wrong doing. I truly believe that the incident he is now facing is a one-time mistake in a life otherwise defined by service, kindness, and integrity.

With deep humility, I appeal to 'Your Honor' to consider his good character and contributions to society. I sincerely request that you forgive him for this misstep and allow him the opportunity to continue supporting his family and community with the same spirit he has always shown.

Thank you for your time, compassion, and understanding.

Respectfully,

Md Nurul Hoque
Father of Md Nurul Hasan

 **Outlook**

---

**Fwd: Character Reference for Mr.Md Nurul Hasan**

---

**From** md hasan <mn.hasan@hotmail.com>
**Date** Fri 5/9/2025 6:33 PM
**To**   Mike Dugan Attorney ( media office) <dugan@duganlawoffice.com>

Thank you -
Md hasan

Begin forwarded message:

> **From:** md.hossain@openreach.co.uk
> **Date:** May 9, 2025 at 2:55:07 PM EDT
> **To:** mn.hasan@hotmail.com
> **Subject: Character Reference for Mr.Md Nurul Hasan**

Your Honor,

I humbly submit this character reference on behalf of my elder brother "Md Nurul Hasan" who is currently facing allegations related to a voting fraud case.

We are three brothers raised in a humble and honest family. Our discipline father was a respected freedom fighter who served his nation with unwavering integrity for over 40 years, retiring at the age of 66. From a young age, my parents instilled in us strong values of honesty, responsibility, and service to others.

I currently work as a Hybrid Telecom Engineer at British Telecom (Openreach)in UK. I've held for the last six years. Prior to that, I worked at Nokia-Siemens (NSN) UK in a similar role. Throughout my career with these reputable multinational companies, I have consistently maintained a standard of integrity and diligence, values that I owe to the upbringing we all received.

My elder brother, from my earliest memory, has always been a man of honesty, deep faith, and strong morals. We grew up together, and never in all these years have I witnessed any misconduct or behaviour that contradicts the principles we were raised with. He has always prioritized helping others and has been deeply involved in community service. His sole purpose for entering politics in the United States was to support people, advocate for justice, and stand by those in need—a legacy we strive to carry forward from our parents.

While I understand and acknowledge the seriousness of the current situation, I also believe this was an unfortunate, one-time error in judgment. I sincerely urge the honourable court to consider his lifelong commitment to public service, his good character, and his positive impact on those around him. Please allow him the opportunity to make amends and continue contributing positively to society.

Thank you for considering this appeal with compassion and fairness.

Yours sincerely,
Md Hossain
44Martin Road,
RM8 2XB
London, UK

Contact:+44787519-1858

Sent from Outlook for iOS

 Outlook

---

**Fwd: Character Reference for Mr. Md Nurul Hasan.**

---

**From** md hasan <mn.hasan@hotmail.com>
**Date** Sun 5/11/2025 6:37 PM
**To**    Mike Dugan Attorney ( media office) <dugan@duganlawoffice.com>

Thank you -
Md hasan

Begin forwarded message:

> **From:** Syeda Ara <Syeda.Ara@concordiaacademy.co.uk>
> **Date:** May 11, 2025 at 4:56:44 PM EDT
> **To:** mn.hasan@hotmail.com
> **Subject: Character Reference for Mr. Md Nurul Hasan.**

Your Honor,

I am writing this letter to provide a character reference for my elder brother-in-law, Mr. Hasan, who is currently involved in a legal matter concerning voting fraud.

I have been in the teaching profession for the past five years and am currently employed at Concordia Academy, UK. Throughout my career, I have upheld principles of integrity, hard work, and ethical responsibility — values that are equally reflected in the Hoque family, into which I married in 2009.

Over the last 16 years, I have had the privilege of being closely associated with Mr. Hasan. In all that time, I have known him to be a man of deep religious faith, strong moral values, and an unwavering commitment to helping others. He is well respected within the community for his consistent involvement in social work and his readiness to support those in need — always stepping forward when others hesitate.

In my sincere view, Mr. Hasan is a genuine, honest gentleman, and this incident appears to be a one-time lapse in judgment in an otherwise exemplary life of service and integrity. I respectfully urge the Honorable Court to consider his longstanding contributions to society and the community when making a decision. A compassionate approach in this matter could allow him the chance to continue the good work he has been known for throughout his life.

Thank you for your time and understanding.

Respectfully,
Syeda Roushan Ara
Sister in law of Md Nurul Hasan
44 Martin rd
Rm8 2XB
Uk

Sent from Outlook for iOS

 Outlook

---

## Fwd: Letter for my older brother MD Nurul Hasan

---

From md hasan <mn.hasan@hotmail.com>

Date Fri 5/9/2025 8:53 AM

To     Mike Dugan Attorney ( media office ) <dugan@duganlawoffice.com>

Thank you -
Md hasan

Begin forwarded message:

> **From:** "Md.Nur uddin Zahid" <nzahid55@yahoo.com>
> **Date:** May 8, 2025 at 11:43:06 PM EDT
> **To:** mn.hasan@hotmail.com
> **Subject: Letter for my older brother MD Nurul Hasan**
>
>
> Date: 05/08/2025
>
> To: The Honorable Judge Harvey Bartle III
>
> United States District Court, Commonwealth of PA.
>
> SUBJECT: Letter for my Older brother MD Nurul Hasan.
>
> Honorable Court,
>
> I am MD Nuruddin Zahid, writing to you today in full confidence and deep respect, on behalf of my older brother, MD Nurul Hasan. We are 3 brothers, including MD HASAN. We grew up together with my elder brother, and I am the third.
>
> As the younger brother of MD Nurul Hasan, I'm heartbroken to see him facing this challenge. Yet, I'm compelled to share my testimony of his exceptional character. He's a pillar of support for our family and community, always showing up with kindness, empathy, and determination. His wife and four young children depend on him dearly. I implore you to consider his moral fiber and the impact his absence would have on his loved ones.
>
> Please do not hesitate to reach out to me at nzahid56@yohoo.com or cell 267-466- 908 if you would like further details about MD N Hasan's incredible qualities.

Sincerely,

Md Nur Uddin Zahid

252, Bayard road
upperdarby, PA 19082

Sent from Yahoo Mail for iPhone

 Outlook

---

**Fwd: To: The Honorable Judge Harvey Bartle ||| United States District Court,Commonwealth of PA.**

---

**From** md hasan <mn.hasan@hotmail.com>

**Date** Fri 5/9/2025 6:33 PM

**To**    Mike Dugan Attorney ( media office) <dugan@duganlawoffice.com>

Thank you -
Md hasan

Begin forwarded message:

> **From:** jannatul bakia <jannatulbakia80@gmail.com>
> **Date:** May 9, 2025 at 2:05:34 PM EDT
> **To:** mn.hasan@hotmail.com
> **Subject: To: The Honorable Judge Harvey Bartle ||| United States District Court,Commonwealth of PA.**
>
> SUBJECT: Letter for my Older Brother MD Nurul Hasan.
>
>  As the wife of Md Nuruddin Zahid, MD Nurul Hasan's younger brother,  I have had the pleasure of knowing Mr. Hasan for 12 years. I can confidently attest to his exceptional character and virtue.
>
> Mr. Hasan is a pillar of our community, always willing to lend a helping hand and make a positive impact on those around him. His patience, empathy and sense of justice are inspiring and his determination to take the right path, even when it's difficult, is a testament to his strong character.
>
> I am confident that Mr. Hasan will face this challenge with the same integrity and dignity he has shown throughout his life. I urge you to consider my letter as a testament to his exceptional character and the positive influence he has on others.
>
> Sincerely,
> Jannatul Bakia
> Address: 252 Bayard RD
> Upper Darby,
> PA 19082
> Cell: 2672498728

Mohammad Alamgir

26 Unwin Drive

(609) 233-8580

Alamgirhamilton@gmail.com

06/04/25


To whom it may concern,

My name is Mohammad Alamgir, and I am writing in regard to my brother-in-law, MD Hasan, who has been with me since my marriage with my wife, her elder brother, and there are many memories with him that hold dear to me. He helped me a lot when I moved to the USA, he showed me what it was like to live in America, and I enjoyed every visit with my kids.

With the sudden news of his current situation, it left me disheartened to see what he must go through due to a mistake that he made, and it had also left me shocked, as it was something I had never imagined could happen. Although I do understand the consequences of Hasan's actions, but I know he's a kind-hearted man, with a loving family of 6, and I know how much responsibilities that he carries to keep the family in good shape. I do feel that there is room for him to learn from his mistakes.


Sincerely,

Mohammad

Arifa Alamgir

26 Unwin Drive

Hamilton NJ, 08610

(609) 224-4642

Arifaalam4642@gmail.com

05/13/25


To whom it may concern,

My name is Arifa Alamgir, and I am writing in regard to my uncle, MD Hasan, whom I have grown up with since I was a child and respected him in every way as he is the eldest uncle in our family. I have spent so much of my childhood with him, and cherish the memories I've made with my uncle, as we created such a strong bond over the past years.

My uncle has always been there for me through my ups and downs, my highs and lows, he has been there for my family, and has helped us in many ways whenever we got stuck in a family situation, he was there to free the ties between the family, he always wanted to make sure that we maintain a healthy relationship amongst each other, and I respect that part of him truly.

With the sudden news of my uncle potentially going to jail, it left me heartbroken, and I couldn't pull myself to believe that he'd be in this crisis. I know, and heard about the mistakes he has made, and I understand that doing something illegally could result in serious consequences, but I have also believed that one mistake doesn't define who that person is, rather it gives a chance for them to learn from it, and I know that moving forward, my uncle can learn from his too.


Sincerely,

Arifa



# CITY OF PHILADELPHIA
## CITY COUNCIL

NINA AHMAD, PH.D.
ROOM 577, CITY HALL
Philadelphia, PA 19107
(215) 686-3450
www.phlcouncil.com/NinaAhmad

COUNCILMEMBER AT-LARGE

COMMITTEES
Chair
   Committee on Public Health and Human Services

Vice Chair
   Committee on Global Opportunities and the
   Creative/Innovative Economy

April 8, 2025

The Honorable Judge Harvey Bartle III
Senior Judge of United States District Court
Eastern District of Pennsylvania

Re: Character Reference Letter for Mohammed Nurul Hasan

Dear Judge Bartle:

My name is Nina Ahmad and I am currently serving my first term as an At-Large Councilmember on the Philadelphia City Council. I am writing to provide a character reference for Mohammed Nurul Hasan who pled guilty to election fraud offenses. Mr. Hasan is a longtime friend and beloved member of our Bangladeshi-American community as well as being a valued and contributing member of the broader community in Pennsylvania. I have known Mr. Hasan since 2018 and he has always been a loving and caring community member since we first met and deeply respected by all. He is the loving father of four children, ranging in age from 13 years to 8 months and he is the sole provider for his family.

I first met him when Mr. Hasan was serving as the Vice-President of Council of the Milbourne Borough. Ever since I have known him, he has been connecting community to resources, hosting community events on his premises and always pitching in to help. I recall him reaching out to discuss some borough issues since I had been a Deputy Mayor in Philadelphia, and he wanted some perspective. I saw him gathering input from a wide array of stakeholders to inform his decision making.

He was one of the original committee members who helped organize the Bangladesh Parade in Upper Darby, where he organized appearances by elected and other community leaders, making the community feel seen and heard.

I found it particularly noteworthy that whenever he made a commitment to help with some community event or issue, he could be counted on to follow through and fulfil his commitment.

Mr. Hasan is deeply remorseful about the offenses he committed. However, I am confident he will work tirelessly to make amends and earn back the trust and respect of the community.

I hope that this letter can go some way in convincing the court that Mr. Mohammed Nurul Hasan is a good person, and this testimony will be taken into consideration.

Yours truly,

Nina Ahmad, Ph.D.
Philadelphia City Councilmember

Dr. Ibrul Chowdhury
120 W Baltimore Ave,
Lansdowne, PA 19087

Date: 04/07/2025

To Whom It May Concern:

I am writing to provide a character reference for Md Nurul Hasan. I have known him for more than 12 years as a community activist and I can confidently say that he is a person of integrity, reliability, and strong moral character. He is a people representative as a councilman serving in Milbourne borough.
Throughout the time I have known Md Nurul Hasan, he has consistently demonstrated qualities such as honesty, responsibility, and compassion. He is respectful to others, dependable in both personal and professional matters, and always willing to go the extra mile to help those around him.
He is communicating many times with me regarding helping for any community member who suffer from diseases or needed admission into hospital. I respectfully ask that you take this letter into consideration when determining your decision. I truly believe that Md Nurul Hasan has the potential to move forward in a positive and productive direction.
Please feel free to contact me at ibrulchowdhury@yahoo.com or call me if you need any additional information.

Sincerely,
Ibrul Chowdhury MD; Ph.D
Sr. Consultant, TATA Health
Cell: 267-255-5605

March 23, 2025

Honorable Judge,
Honorable District Attorney,
Commonwealth of Pennsylvania

Subject: Character Reference for Mr. MD Nurul Hasan

Dear Honorable Judge and District Attorney,

I, Rahat Bin Rabbi, am an Assistant Finance Officer at Millbourne Borough, and I have had the privilege of working alongside Mr. MD Nurul Hasan for the past several months. I have had the opportunity to interact with Mr. Hasan on various occasions, and I am writing this letter to provide a character reference on his behalf.

Mr. Hasan is an individual of integrity, courage, and exceptional dedication to his work. During my time working with him, I have consistently witnessed his unwavering commitment to serving the citizens of our borough. He approaches his duties with a strong sense of responsibility and a genuine desire to make a positive impact on the community.

In my professional capacity, I have worked closely with Mr. Hasan on several financial matters related to the borough. I can confidently affirm his honesty, transparency, and professionalism in all dealings. His deep understanding of financial processes, combined with his ability to address challenges with a solution-oriented mindset, has been a significant asset to our team. Additionally, he consistently demonstrates respect and care for the people he serves, which is a testament to his outstanding character.

In conclusion, I firmly believe that Mr. MD Nurul Hasan is an individual of strong moral character who upholds the values of honesty and hard work in both his personal and professional life. I wholeheartedly recommend him without any reservations.

Thank you for your time and consideration.

Sincerely,

Assistant Finance Officer
Millbourne Borough

 Outlook

---

**Fw: letter of recommendation**

---

**From** md hasan <mn.hasan@hotmail.com>
**Date** Tue 4/8/2025 9:51 AM
**To**    michael dugan <dugan@duganlawoffice.com>

---

**From:** Ziauddin Ahmed <ziauddin.philadelphia@gmail.com>
**Sent:** Monday, April 7, 2025 8:05 PM
**To:** mn.hasan@hotmail.com <mn.hasan@hotmail.com>
**Subject:** letter of recommendation

Ziauddin Ahmed MD FASN
Professor of Medicine and Nephrology, Temple University School of Medicine , Philadelphia
Professor Emeritus Drexel University College of Medicine, Philadelphia
6 Cedar Hollow Drive, Rose valley, Pa 19086

April 7, 2025

Dear Honorable Judge,

I am writing to express my sincere admiration for MD Hasan, who has been an extraordinary presence in our community having shared a strong  bond due to his enormous contribution in the community, I can confidently attest to their exceptional qualities of kindness, integrity, and unwavering support.

Over the years, MD N HASAN has consistently demonstrated what it means to be a true friend. He has stood by my side through both joyful and challenging times, providing a listening ear, wise advice, and a compassionate heart during all the community works we did together.

 His ability to brighten the lives of others with his humor, empathy, and generosity is truly inspiring.

I feel incredibly fortunate to have Mr. Hasan as a lifelong friend, and I wholeheartedly endorse him as someone who brings immense positivity and value to everyone he meets. Its so important especially our small but vibrant immigrant community which is doing well for few of such selfless and kind man

Please do not hesitate to reach out to me at Ziauddin.philadelphi.@gmail.com if you would like further details about MD N HASAN's incredible qualities.

Your sincerely.

Ziauddin Ahmed MD,  FASN

 Outlook

---

## Fw: Character reference for MD Nurul Hasan

**From** md hasan <mn.hasan@hotmail.com>
**Date** Thu 4/24/2025 4:50 PM
**To** michael dugan <dugan@duganlawoffice.com>

---

**From:** Salauddin Miah <sakel.miah9090@gmail.com>
**Sent:** Thursday, April 24, 2025 11:31 AM
**To:** md hasan <mn.hasan@hotmail.com>
**Subject:** Character reference

Dear Honorable Judge,

I am writing to you today to offer my support for Md Nurul Hasan, who is facing charges related to voter fraud.

I have had the privilege of knowing Mr. Hasan for almost a decade as a friend, a fellow community leader, and a resident of Millbourne. Throughout this time, he has consistently demonstrated kindness, honesty, and a strong commitment to public service. Moreover, Mr. Hasan is the sole provider for his wife and four young children, the youngest of whom is only 10 months old. His absence would undoubtedly impose significant hardship on his family.

While I recognize the gravity of the charges before the court, I respectfully ask that you consider Mr. Hasan's years of service, his character, and the potential impact on his young family when deliberating on this matter. It is my belief that the incident in question arose from a misunderstanding, and I am confident that Mr. Hasan is prepared to accept responsibility and learn from this experience.

Thank you for your time and consideration.

Sincerely,

Salauddin Miah
Councilman, Millbourne Borough
U.S. Marine Corps Veteran
Email: sakel.miah9090@gmail.com

Sheikh Siddique

Upper Darby, PA 19082

215-651-1923

5/01/2025

Honorable Judge,

Court of Common Plea

Subject: Character Reference for Mr. Md Hasan

Dear Judge,

I am writing to provide a character reference for Mr. Md Hasan, whom I have had the privilege of knowing for over 20 years as both a close friend and a respected leader in our community. I have always known him to be a loving father, a responsible husband, and a man of integrity and compassion.

Throughout the years, Mr. Hasan has consistently demonstrated a deep commitment to the well-being of others. He has played a vital role in various charitable and social initiatives, including organizing community events, supporting families in need, and promoting unity among residents. His leadership and generosity have left a lasting positive impact on many lives, including my own.

Given my long-standing relationship with Mr. Hasan, I can confidently attest to his honest and principled nature. The recent allegations against him come as a profound surprise, as they are inconsistent with the values he has lived by throughout the time I have known him.

I respectfully ask that you take into consideration Mr. Hasan's longstanding contributions to the community, his character, and the support he has offered to so many when evaluating his case. I believe these qualities are important in understanding the kind of person he truly is.

Thank you for your time and thoughtful consideration. Please feel free to contact me if you require any additional information.

Sincerely,

Sheikh Siddique

President of Masjid Al Madinah

To: The Honorable Judge Harvey Bartle III

United States District Court, Commonwealth of PA.

Date: 04/29/2025

Sub: Reference letter for Mr. MD Nurul Hasan

Dear Judge Bartle,

I am writing to you today in full confidence and deep respect, on behalf of MD Nurul Hasan. I have had the privilege of knowing Mr. Hasan for 15 years and can attest to his unwavering honesty, resilience, and contribution to those around him.

Hasan is the sole provider for his wife and 4 young children, the youngest of whom is only 10 months old. His absence would undoubtedly impose significant hardship on his family.

MD Nurul Hasan is a man of remarkable principle. He is the kind of person who shows up whether it's for his family, neighbors, or anyone in need. His character shines in the way he treats others with patience, empathy, and a clear sense of justice. He does not seek shortcuts or compromise his values, even under pressure. Instead, he relies on determination and diligence to meet life's challenges.

Mr. Hassan has always been a pillar of support in our community. Whether volunteering his time or offering advice and care to those who need it most, he makes a difference. His commitment to doing what is right is what defines him.

I urge you to consider this letter as a testament to MD Nurul Hasan's upstanding moral character and the positive impact he continues to have on others. I have no doubt that he will face this moment with the same integrity he has shown throughout his life.

Sincerely,

Tozammel Haque

Ex-President of BTSP

(Bangladesh Taxi Society of Philadelphia)

Cell: 267-475-1804

Date: 05/12/2025

Subject: Character Reference Letter for MR. MD Nurul Hasan.


Your Honor,

MD Nurul Hasan is a dedicated member of our community, consistently demonstrating his commitment to helping others. I've had the pleasure of knowing him for 14 years, and his character shines through in everything he does. As a volunteer and advisor, he makes a significant impact on those around him. His family relies heavily on him, and his absence would cause considerable hardship.

As a devoted husband and father of four, Mr. MD Nurul Hasan plays a vital role in his family's well-being. His family depends on him for stability, guidance, and care. Without him, his wife would struggle to manage the responsibilities of raising their children, making his presence crucial to their family's stability.


Respectfully yours

Mohamed H. Ali

C: 484-472-3386

Former Acting President of Bangladesh Society of PA

& Ex president of Bangladesh Taxi society of Philadelphia

TO:  Honorable Judge Harvey Bartle III,

United States District Court, Commonwealth of Pennsylvania,


Date: 05/02/2025

Subject: Character Reference Letter for MR. MD Nurul Hasan.


To The Honorable Court,


I am writing to wholeheartedly endorse Md Nurul Hasan, who is scheduled for sentencing. Having known him for five years, I can confidently attest to his exceptional character. As a devoted father of four young children, including an 11-month-old, Mr. Hasan consistently demonstrates responsibility, respect, and honesty.

Mr. Hasan's strong commitment to family values and his willingness to help others are evident in his volunteer work and his support for family and friends. In light of his good character, I respectfully request that the court consider his moral fiber when determining his sentence.


Sincerely,

Elias M Munra
267. 323 5034

To: The Honorable Judge Harvey Bartle III

United States District Court, Commonwealth of PA.

Date: 04/29/2025

Sub: Reference letter for Mr. MD Nurul Hasan

Dear Judge Bartle,

I am writing to you today in full confidence and deep respect, on behalf of MD Nurul Hasan. I have had the privilege of knowing Mr. Hasan for 20 years and can attest to his unwavering honesty, resilience, and contribution to those around him.

Hasan is the sole provider for his wife and 4 young children, the youngest of whom is only 10 months old. His absence would undoubtedly impose significant hardship on his family.

MD Nurul Hasan is a man of remarkable principle. He is the kind of person who shows up whether it's for his family, neighbors, or anyone in need. His character shines in the way he treats others with patience, empathy, and a clear sense of justice. He does not seek shortcuts or compromise his values, even under pressure. Instead, he relies on determination and diligence to meet life's challenges.

Mr. Hassan has always been a pillar of support in our community. Whether volunteering his time or offering advice and care to those who need it most, he makes a difference. His commitment to doing what is right is what defines him.

I urge you to consider this letter as a testament to MD Nurul Hasan's upstanding moral character and the positive impact he continues to have on others. I have no doubt that he will face this moment with the same integrity he has shown throughout his life.

Sincerely,

MOHAMMED MOHIUDDIN
710 N. 44th St, Phila, PA19104
Phone: 484-620-3384

TO: Honorable Judge Harvey Bartle III,

United States District Court, Commonwealth of PA,

Date: 04/30/2025

Sub: Character Reference Letter for MR. MD Nurul Hasan.

Your Honor,

I am honored to provide a character reference for Md Nurul Hasan, who is set to be sentenced. Over the past five years, I have had the pleasure of knowing him as a dedicated and compassionate individual. As a father of four, including a young infant, Mr. Hasan has consistently shown himself to be responsible, respectful, and honest. His commitment to his family and his community is inspiring, and his willingness to lend a helping hand is a testament to his good character. I respectfully request that the court take his moral character into account when determining his sentence.

As a committed family man, Mr. Hasan is the cornerstone of his family's support system. His wife and children look to him for emotional and financial stability. His absence would create a substantial void, making it extremely challenging for his wife to care for their children and maintain their household.

Respectfully,

Masum Siddique.
7103 Wayne Ave.
Upper Darby pa - 19082
# 267 - 662 - 9993.

 Outlook

## Fw: Reference letter for MD NURUL HASAN

From md hasan <mn.hasan@hotmail.com>
Date Mon 5/19/2025 11:45 AM
To    Mike Dugan Attorney <dugan@duganlawoffice.com>

**From:** Iftekhar Hossain <familyvalu2006@yahoo.com>
**Sent:** Monday, May 19, 2025 12:13 AM
**To:** mn.hasan@hotmail.com <mn.hasan@hotmail.com>
**Subject:** Reference letter for MD NURUL HASAN

Sub: Reference letter for Mr. MD Nurul Hasan

To: The Honorable Judge Harvey Bartle III
United States District Court, Commonwealth of PA.

I am writing to you today in full confidence and deep respect, on behalf of MD Nurul Hasan. So per I
know Mr. Hasan for 20 years and can attest to his unwavering honesty, resilience, and contribution to those
around him.

Hasan is the sole provider for his wife and 4 young children, the youngest of whom is only 10 months old. His
absence would undoubtedly impose significant hardship on his family.

MD Nurul Hasan is a man of remarkable principle. He is the kind of person who shows up whether it's for his
family, neighbors, or anyone in need. His character shines in the way he treats others with patience, empathy,
and a clear sense of justice. He does not seek shortcuts or compromise his values, even under pressure.
Instead, he relies on determination and diligence to meet life's challenges.

Mr. Hassan has always been a pillar of support in our community. Whether volunteering his time or offering
advice and care to those who need it most, he makes a difference. His commitment to doing what is right is
what defines him. He expressed to me, now nefented Forlis such kind of activity.

I urge you to consider this letter as a testament to MD Nurul Hasan's upstanding moral character and the
positive impact he continues to have on others. I have no doubt that he will face this moment with the same
integrity he has shown throughout his life.

He expressed to me, Now he repented for his such kind of activity.

Sincerely,

Iftekhar Hossain

Ex-President of Bangladesh Society of Pennsylvania

*04/18/2025*

Date:

Dear Honorable Judge,

I am writing to provide a character reference for my friend, Mr. Nurul Hasan, who is currently before your court regarding charges of voter fraud.

I have known Mr. Hasan for over 15 years, having met through mutual friends and community activities. Throughout our friendship, he has consistently demonstrated honesty, integrity, and a deep commitment to his family and community. It is truly difficult for me to reconcile this image with the charges he now faces, however, I fully respect the legal process and the importance of these proceedings.

During a challenging period in my life, when my father was seriously ill and subsequently passed away, Mr. Hasan was an unwavering source of support. He assisted my family in numerous ways, providing both emotional and practical help. His dedication to his own family is equally commendable, as a devoted husband and father of four children, he consistently ensures their well-being and happiness.

I am fully aware of the seriousness of the charges against Mr. Hasan. Nonetheless, I respectfully request that the court consider his longstanding positive contributions to our community and his dedication to his family. A severe sentence would not only affect him profoundly but would also have a detrimental impact on his wife and children, who rely on him for support and guidance.

Thank you for taking the time to consider this letter. I am available to provide any further information the court may require.

Sincerely,

Signature: *Gulam Mustafa*

Name: *GULAM MUSTAFA*

Adress: *120 Wildwood Ave, Lansdowne, PA, 19050*

Email: *GMUSTAFA2402@gmail.com*

Phone: *610-202-1611*

*04/14/2025*

Honorable Judge
Commonwealth of Pennsylvania

Subject:    Character    Reference    Letter    for    Md.    Nurul    Hasan

Dear Sir

With due respect I am Mohammad Anwar Hossain writing you that Md Nurul Hasan is my
Childhood friend more than 40 years. We grew up together in Bangladesh. In those long
periods of time spending with him, As a person of integrity, compassion and responsibility.
His commitment to friends' values and dedication to helping others has been evident in
every aspect of his life. Whether volunteering at local community events or lending hand
to family members and friends in Need. Md Nurul Hasan selflessness and generosity
consistently stand out.

It is very difficult to believe that Md Hasan whom I know very well, he is currently facing
charges related to voter fraud.
I truly believe that misunderstanding or misleading steps and lake of awareness to
conduct him that occurrence.

I am highly hopeful that he will realize his mistake and take responsibility to correct himself.
I respectfully urge to the court to consider his morality, honesty, past dedication to the
community as well as to give him opportunities to dedicate himself to continue serve the
community.

Thank you for your time to consider this letter and strongly expect that you are making an
appropriate decision regarding Md Hasan case in your wisdom and fairness. any further
information    please    do    not    hesitate    to    contact    me.

Mohammad Anwar Hossain
Cell-646-239-7467
217 Barrington RD
Upper Darby, Pa-19082

 **Outlook**

---

## Fw: Character Reference Letter for Md Nurul Hasan

---

**From** md hasan <mn.hasan@hotmail.com>
**Date** Thu 4/24/2025 4:45 PM
**To** michael dugan <dugan@duganlawoffice.com>

---

**From:** Mohammed Kabir <mohammedhkabir78@gmail.com>
**Sent:** Wednesday, April 23, 2025 1:16 PM
**To:** mn.hasan@hotmail.com <mn.hasan@hotmail.com>
**Subject:** Character Reference Letter for Md Nurul Hasan

Dear Sir,

With due respect, my name is Mohammed Kabir, and I am writing to provide a character reference for Md Nurul Hasan, who has been a close family friend of mine for over ten years.

Throughout the time I have known him, Md Hasan has consistently demonstrated integrity, responsibility, and a strong moral compass. He is an active and dedicated member of our community, always willing to help others and never involved in any unethical behavior, to my knowledge.

It is truly difficult for me to believe that someone of his character is now facing charges related to voter fraud. I believe this may be the result of a misunderstanding, misinformation, or a lack of awareness on his part.

Md Hasan is a devoted husband and father of four children. His family depends on him not only emotionally but also financially. His wife would face great hardship trying to manage the household and support the children alone without his presence and support.

I am confident that Md Hasan is capable of reflecting on this situation, learning from it, and taking responsibility if needed.

I respectfully ask the court to consider his longstanding moral character, honesty, and commitment to the community, as well as his vital role in supporting his family, when making a decision in his case. I sincerely hope he is given the opportunity to continue serving his family and contributing positively to society.

Thank you for taking the time to consider this letter. Please feel free to contact me if any further information is needed.

Sincerely,
Mohammed H. Kabir
Cell: 610-772-0893



## CHATTOGRAM ASSOCIATION OF PA. USA
## চট্টগ্রাম এসোসিয়েশন অব পিএ. ইউএসএ

E-mail: capusa2024@gmail.com

Honorable Judge

Date : 04 / 14 / 2025

Commonwealth of Pennsylvania

Subject: Character Reference Letter for Md. Nurul Hasan

Dear Honorable Judge,

On behalf of the Chattogram Association of PA, USA (CAP), I am writing to respectfully share a character reference for Md. Nurul Hasan, a known and active member of our community for over a decade.

Md. Hasan has been involved in various community service initiatives, where he has consistently demonstrated honesty, responsibility, and a sincere commitment to helping others. He is widely known among our members as someone who is dependable, respectful, and morally upright. Over the years, he has played a positive role in supporting social programs, cultural events and the general wellbeing of our community.

It is with great concern and surprise that we learned about the charges against him involving voter fraud. While we would not seek to interfere with the legal process, we firmly believe this incident does nc reflect the character he has shown throughout his time in our community. It is possible that a

misunderstanding, lack of legal awareness, or poor guidance may have contributed to his actions.

We respectfully request the court to take into consideration Md. Hasan's past community contributions, his character and his willingness to take responsibility for any mistakes. We remain hopeful that, if given the opportunity he will continue to serve and uplift our community in a positive and meaningful way.

Thank you for your time and for considering this letter in your deliberations. Should you require any further information, please do not hesitate to contact us.

With sincere respect,

Chattogram Association of PA, USA (CAP)

Contact Information

Abu Rayhan

President (CAP)

445-20

Mohammad Hossain

Secretary (CAP)

646-239-7467

04.22.2025

Subject: Character Reference Letter.

Dear Honorable Judge Harvey Bartle III, United States District Court, Commonwealth of PA.

I am writing to you in my capacity as my relation staff to MD Nurul Hasan, a longtime friend and a community Member to provide a character Reference for Md. Nurul Hasan who is currently facing charges. I know Md Hasan more than 10 years he is very responsible and Community oriented individual. Thanks to consider this letter.

Please feel free to reach me if needed

Sincerely,
FAHIM HOSSAIN
bsovkoci1976@hotmail.com
267 648 8313

 Outlook

**Character Reference for Md Nurul Hasan**

**From** Maymuna Akter <maymunaakter2@outlook.com>
**Date** Wed 4/30/2025 6:18 PM
**To** mn.hasan@hotmail.com <mn.hasan@hotmail.com>

Dear Judge,

My name is Maymuna Akter, and I am writing on behalf of Md Nurul Hasan. He has been a close friend of my father's for over a decade, and I've had the privilege of knowing him and his family throughout my life.

To me, Mr. Hasan has always been someone I looked up to — a kind, respectful, and dependable person who truly cares about others. He's the kind of person who checks in, helps out when someone is struggling, and quietly supports his community without seeking recognition.

That's why it was so hard for me to hear that he's now facing charges related to voter fraud. It doesn't match the person I've always known. I genuinely believe this may have been the result of confusion or lack of awareness, not any kind of intentional wrongdoing.

Mr. Hasan is also a devoted husband and father to four young children. His family relies heavily on him for support — emotionally, financially, and day to day. His wife would be in an incredibly difficult position trying to raise their children alone if he's not there.

I respectfully ask that you take his character, his role in the community, and his responsibilities as a father into consideration. I truly hope he's given the chance to learn from this and continue to support his family and contribute to the people around him, as he always has.

Thank you for taking the time to read this letter. If you need any additional information, I'd be happy to provide it.

Sincerely,

Maymuna Akter

484-908-1147

335 Lakeview Ave, Drexel Hill, PA 19026

To Whom It May Concern,

My name is Abir Arab and I am currently a postgraduate student at Temple University. I have been living at Millbourne since 2006 and only recently moved away in 2019 to live in apartments for schooling. However, my permanent address is in Millbourne.

I am writing to share my thoughts on MD Nurul Hasan, who I have had the pleasure of knowing for several years. MD Nurul Hasan is a person of exceptional character, whose kindness and commitment to his community have made a lasting positive impact. He is always at the forefront when it comes to helping others and has been deeply involved in various community initiatives. His dedication to the well-being of others is clear through his continuous support for local projects and his efforts to safeguard the interests of everyone around him. Whether it's volunteering for community events or helping neighbors in need, Hasan's contributions are always meaningful and selfless.

In addition to his community involvement, Hasan is also a wonderful and reliable neighbor. He is considerate, approachable, and always ready to lend a helping hand when needed. What stands out most about him is how inherently good he is—his actions and intentions are always guided by a deep sense of compassion. He consistently demonstrates a genuine desire to do right by others, and his natural kindness and good-hearted nature make him a valued member of the community. It is truly a privilege to know someone as sincere and well-intentioned as Nurul Hasan.

Please do not hesitate to reach out to me with any questions or concerns. I may be reached at abir.arab31@gmail.com

Sincerely,
Abir Arab

 **Outlook**

---

**Fwd: Referance letter for Md Nurul hasan**

---

**From** md hasan <mn.hasan@hotmail.com>
**Date** Wed 5/21/2025 10:48 PM
**To**    Mike Dugan Attorney ( media office) <dugan@duganlawoffice.com>

Thank you -
Md hasan

Begin forwarded message:

> **From:** Jasem Uddin <jasemuddin1982@gmail.com>
> **Date:** May 21, 2025 at 9:52:49 PM EDT
> **To:** mn.hasan@hotmail.com
> **Subject: Referance letter for Md Nurul hasan**
>
> To : Honoarable Judge .
> Commonwelth of PA
>
> Sub : Letter for Md Nurul Hasan
>
> I am proud to write a littel about MD Nurul Hasan Whome i had thd privilege of konwing
> for more than one year .
> Hie is very helpful person .i have seen in our orgnigation to help others .
> Mr Hasan's is father of 4 young childrens.
> Please consider MD Nurul Hasan as  a man exceptional charcter to Justice .
>
> Your's Resfectfully
>
> JASEM UDDIN
> CELL : 732 351 6573

05/20/2025

**Subject: Character Reference for Mr. Md Nurul Hasan**

To the Honorable Court,

I am writing to respectfully provide a character reference for Mr. Md Nurul Hasan, whom I have had the privilege of knowing personally for the past four months. During this time, I have come to recognize him as an individual of sound moral character, honesty, and integrity.

In all my interactions with Mr. Hasan, he has conducted himself with sincerity, humility, and a clear sense of responsibility. He consistently demonstrates respect for others and a strong adherence to ethical principles. Mr. Hasan is deeply committed to his family and plays a vital role within his community. He is known for his calm demeanor, empathetic nature, and willingness to help others—traits that speak volumes about his personal values.

While I am aware of the seriousness of the proceedings, I respectfully ask the Court to consider Mr. Hasan's positive character, his contributions to those around him, and his potential to continue being a constructive and law-abiding member of society. I firmly believe that he is capable of learning and growing from this experience, and that leniency in this matter would not be misplaced.

Thank you for your time and thoughtful consideration.

Sincerely,
Md Rahman

 Outlook

---

Fw: Reference letter for MD Nurul Hasan

---

**From** md hasan <mn.hasan@hotmail.com>
**Date** Wed 5/21/2025 3:34 PM
**To**     michael dugan <dugan@duganlawoffice.com>

---

**From:** Gulshan Trikha <trikha1958@gmail.com>
**Sent:** Tuesday, May 20, 2025 8:18 PM
**To:** mn.hasan@hotmail.com <mn.hasan@hotmail.com>
**Subject:** Reference letter for MD Nurul Hasan

To: Honorable Judge ,

My Name is Gulshan R Trikha Neighbor of MD Nurul Hasan know for more than 5 years, He is a father of 4 young children's ,
Mr Hasan's is dedicated heart for the community .
Please consider  MD Nurul Hasan as a Four young children's.
Please contact me at this number if you need any information from me .

Your Respectfully.
Gulshan R Trikha
Cell:267 -574-6135

Date    : 05/18/2025.

To       : United States District Court, Commonwealth of Pennsylvania.

Subject: Letter for Mr Nurul Hasan.

I am proud to write a little about **MD Nurul Hasan**, whome I had the privilege of knowing for more than seven years.He is a father of **four** young childrens.He is my neighbour since July 2018.

He is a very helpful person.I have seen him always standing by the others who needs help.even during the time of Covid-19, he was always caring for the others.

Please consider MD Nurul Hasan as a man of exceptional character, empathy and dedication to justice.


Respectfully yours


Mst wahida Rahman

21 Sellers Ave, Upper Darby, PA-19082.

From: Mohammed Rana

C: 835 226 7836

Date: 05/3/2025

To: United States District Court, Commonwealth of Pennsylvania,

Subject: Letter for MR. MD Nurul Hasan.

The Honorable Judge,

I am writing to wholeheartedly endorse my cousin's MD Nurul Hasan, whom I have had the privilege of knowing for over 40 years. Throughout our acquaintance, I have witnessed Mr. Hasan's unwavering commitment to honesty, resilience, and community service. As the sole provider for his family, including his wife and four young children, his absence would undoubtedly cause significant hardship. I urge you to consider Mr. Hasan's exceptional character, demonstrated through his patience, empathy, and dedication to justice.

Mr. Hasan's family, including his wife and four children, relies on him for love, support, and care. His role as a father and husband is essential to their daily lives. If he were to be absent, his family would face significant hardship, and his wife would bear the weight of caring for their children alone.

Feel free to reach out to me if you require any further information.

Respectfully Yours

Mohammed Rana

Email: ssactg@hotmail.com

 Outlook

---

**Fw: Character Reference letter for Mr Nuru's Hasan**

---

**From** md hasan <mn.hasan@hotmail.com>
**Date** Mon 4/28/2025 4:54 PM
**To**    michael dugan <dugan@duganlawoffice.com>

---

**From:** SM NASIM <sm_nasim@hotmail.com>
**Sent:** Sunday, April 27, 2025 6:31 PM
**To:** mn.hasan@hotmail.com <mn.hasan@hotmail.com>
**Subject:** Character Reference letter for Mr Nuru's Hasan

Date: 04/27/2025

S M Nasim
32 North Millbourne Ave,
 Millbourne Borough ,
PA-19082
Email: sm_nasim@hotmail.com
PH: 267-255-1355

Subject: character reference letter for Mr Nurul Hasan.

Dear Honorably Judge,
I am very pleased to write a character reference for Md Nurul Hasan who is set to
sentence. I have known Mr, Hasan for 24 years,He is my family friend and have 4 children's
,last  one is 11 months.
I have come to known Md Hasan as responsible,respectful,honest person,and his
commitment to family values and dedication to helping others has been evident in every
aspect of his life. Ether volunteering at community events or lending a helping hand to
family member and friends.

Your honor, base of his good morals i respectfully request you to consider his sentence.
Feel free please reach out to any question about Mr. Nurul Hasan.

Respectfully,

S M Nasim

Get Outlook for iOS

 Outlook

---

## Fw: Character reference letter for Md N Hasan

---

**From** md hasan <mn.hasan@hotmail.com>
**Date** Tue 5/13/2025 12:28 PM
**To**    Mike Dugan Attorney <dugan@duganlawoffice.com>

---

**From:** Tajnoba Kitchen USA <tajnobamaisha@gmail.com>
**Sent:** Monday, May 12, 2025 9:24 PM
**To:** mn.hasan@hotmail.com <mn.hasan@hotmail.com>
**Subject:** Character reference letter for Md N Hasan

Honorable Judge
Commonwealth of Pennsylvania
Subject:Character reference letter for Md Nurul Hasan

Dear Sir
I am Mosammat Sanu with due respect to write about Md N Hasan for your kind review who is currently charge with voter fraud.In my best knowledge I am describing that I knew him about 8 years as a family friend living in Millbourne,PA with his wife and minor kids with age of 13 years, 10 years , 3years and 10 months old. In those long periods of time spending with him , I have always seen him as an Honest , Responsible, Moral and community worker.I have seen him to put his best effort to help the community people and never noticed him with involvement in unethical occurrences.Also I had been living in Millbourne about 5 years as his neighbor and I always seen him to devour himself if anyone in the community was facing difficulties .

I can't believe myself that Md Hasan whom I know very well, he is currently facing charges related to voter fraud.
I truly believe that misunderstanding or misleading steps and lake of awareness to conduct him that occurrence.
I am  very much hopeful that he realized his mistake and he will be careful in future.

 I respectfully urge to the court to consider his morality, honesty, past dedication to the community , and difficult situations of his family as well as to give him opportunities to dedicate himself to continue serve the community.

Thank you for your time to consider this letter and strongly expect that you are making an appropriate decision regarding Md Hasan case in your wisdom and fairness. For further information please feel free to contact me.

Sincerely yours
Mosammat Sanu
Cell no -4844541033



Dear honorable Judge Harvey Bartle III, United States District court, commonwealth of PA.

MD Nurol Hassan is an outstanding individual who shows hard work, responsibility, and honesty. I've known him for more than 20 years, he is very honest, dedicated man. MD Nurol Hassan is always willing to help anyone out no matter the case. He is a very good person and shows responsibility, honesty, dedication, and hard work

Sincerly, Mohammad Kalam
         M A. Kalam

4408 Walnut street Apartment C1, PA, 19104

267 - 690 - 7916

MohammedKalam252@gmail.com

Mainul Kaisar

353 Avon Rd

Upper Darby, PA 19082

Mainulusa@live.com

215-264-2071

3/25/2025

Honorable Judge

Commonwealth of PA

Subject: Character Reference Letter for Mr. Md Nurul Hasan

Dear Judge,

I am writing to you in my capacity as my relationship to Md Hasan, a longtime friend & a community member to provide a character reference for Md Hasan, who is currently facing charges related to voter fraud. I have known Md. Hasan for 10 of years and have always found him to be an honest, responsible, and community-oriented individual.

Throughout my association with Md. Hasan, I have witnessed his strong moral character and dedication to ethical conduct. He has been an active member of our community, always willing to assist others and contribute positively. It is difficult for me to reconcile these allegations with the person I know.

I sincerely believe that Md. Hasan is remorseful for any misunderstandings or missteps that may have occurred, and I trust that he will take full responsibility for any mistakes. I respectfully ask the court to consider his good character, past contributions, and potential for rehabilitation in its deliberations.

Thank you for taking the time to consider this letter. I trust in your wisdom and fairness in making the appropriate decision regarding Md. Hasan's case. Please do not

hesitate to contact me if you require any further information.

Sincerely,

*Mainul Kaisar*

 Outlook

---

## Fw: Letter for MD HASAN

---

**From** md hasan <mn.hasan@hotmail.com>
**Date** Wed 4/2/2025 2:35 PM
**To** michael dugan <dugan@duganlawoffice.com>

---

**From:** anwar_ctg99@yahoo.com <anwar_ctg99@yahoo.com>
**Sent:** Thursday, March 27, 2025 4:58 PM
**To:** md hasan <mn.hasan@hotmail.com>
**Subject:**

Honorable Judge
Commonwealth of Pennsylvania
Subject:Character reference letter for Md Nurul Hasan

Dear Sir
With due respect I am " Mohammad Azim writing you that Md Nurul Hasan is my family friend more than 10 years . In those long periods of time spending with him , I have always seen him as an Honest , Responsible, Moral and community worker.I have seen him to put his best effort to help the community people and never noticed him with involvement in unethical occurrences.

It is very difficult to believe that Md Hasan whom I know very well, he is currently facing charges related to voter fraud.
I truly believe that misunderstanding or misleading steps and lake of awareness to conduct him that occurrence.
I am highly hopeful that he will realize his mistake and take responsibility to correct himself.

I respectfully urge to the court to consider his morality, honesty, past dedication to the community as well as to give him opportunities to dedicate himself to continue serve the community.

Thank you for your time to consider this letter and strongly expect that you are making an appropriate decision regarding Md Hasan case in your wisdom and fairness. any further information please feel free to contact me.

Mohammad A Azim
Cell-8563819112
1706 Tyson Rd
Havertown,Pa-19083

 Outlook

**Fw: character reference letter Md Nurul Hasan**

**From** md hasan <mn.hasan@hotmail.com>
**Date** Mon 4/28/2025 4:53 PM
**To**    michael dugan <dugan@duganlawoffice.com>

**From:** Muhammed Sorower <sa.so22993@gmail.com>
**Sent:** Sunday, April 27, 2025 5:36 PM
**To:** mn.hasan@hotmail.com <mn.hasan@hotmail.com>
**Subject:** character reference letter Md Nurul Hasan

Dt: 04/27/2025
Salauddin sorower
12,Merwood drive upperdarby pa19082
sa.so22993@gmail.com
610 504 4851

 Subject:character reference letter md Hasan.

Your Honor,
 I am very pleased to write a character reference for md nurul hasan who is set to sentence.I have known
hasan for 15 years, throughout the years. Mr hasan have 4 children's , elder one 11 months.

I have come to known hasan as responsible,respectful,honest person,and his commitment to family values
and dedication to helping others has been  evident in every aspect of his life.wether volunteering at
community events or lending a helping hand to family member and friends.
Your honour,base of his good morals i resfectfully request you to consider his sentence.
                                        Sincerly,
                                        salauddin sorower