AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> MD NURUL HASAN <br> *Defendant* | ) ) ) ) ) Case No.  2:25CR000057-001 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MD NURUL HASAN

Date:   07/02/2025

*Attorney's signature*

MARK P MUCH  ID:60043
*Printed name and bar number*

341 WEST BALTIMORE AVENUE
PO BOX 1238
MEDIA, PA 19063

*Address*

MARKPMUCH@VERIZON.NET
*E-mail address*

(610) 565-9750
*Telephone number*

(610) 565-9450
*FAX number*