IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NUMBER 25-57-1 |
| | : |
| MD NURUL HASAN | : |

## O R D E R

AND NOW, this _____ day of _____, 2025, upon consideration of the Defendant's Motion for Release Pending Appeal, it is hereby ORDERED that the motion is GRANTED. Defendant, MD Nurul Hasan shall remain released on the same conditions previously imposed pending disposition of his appeal.

BY THE COURT:


THE HONORABLE HARVEY BARTLE, III
United States District Court Judge