# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

THE UNITED STATES OF AMERICA )
                              )
            Plaintiff,        )   Case No. 25-CR-00057-1
                              )   United States Courthouse
        vs.                   )   Philadelphia, PA
                              )   April 1, 2025
MD NURAL HASAN,               )   2:00 p.m.
            Defendant.        )
_____ )

### TRANSCRIPT OF CHANGE OF PLEA HEARING
#### BEFORE THE HONORABLE HARVEY BARTLE, III,
#### UNITED STATES DISTRICT COURT JUDGE

**APPEARANCES:**

FOR THE PLAINTIFF:              MARK B. DUBNOFF
UNITED STATES OF AMERICA        U.S. Attorney's Office
                                615 Chestnut Street
                                Suite 1250
                                PHILADELPHIA, PA 19106


FOR THE DEFENDANT:              MICHAEL S. DUGAN
MD NURUL HASAN                  Law Offices of
                                 Michael S. Dugan
                                11 East 2nd Street
                                MEDIA, PA 19063


 INTERPRETER:                   MADHU MISHRA


 Electronic Sound Recorder:     NICOLE D. SPICER

Transcript produced by: DATAGAIN Inc.,
10750 Moore Drive, Parkland, Florida 33076

Proceedings recorded by electronic sound recording.

```
 1                           INDEX

 2

 3   SWORN TESTIMONY          Direct  Cross  Redirect  Recross

 4   Witnesses

 5   None.                      -       -        -        -

 6

 7   EXHIBITS                   Introduced        Admitted

 8   None.                          -                 -

 9

10   PROCEEDINGS                                  Commenced

11   The Court - Rule 11 Colloquy                     4

12   Mr. Dubnoff - Summary of Plea Agreement          9

13   The Court - Colloquy with Defendant             13

14   Mr. Dubnoff - Material Facts of Case            26

15   The Court - Colloquy with Defendant             33

16   Mr. Dubnoff - Minimum and Maximum Penalties     34

17   The Court - Colloquy with Defendant             35

18   The Court - Colloquy with Attorneys             37

19

20   PLEA

21   Mr. Hasan - Change of Plea                      38

22

23   FINDINGS

24   The Court                                       39

25
```

```
1              (Proceedings Started at 2:00 p.m.)

2         (Call to Order of the Court)

3              THE COURT: Afternoon.

4              MR. DUGAN: Good afternoon, Your Honor.

5              MR. DUBNOFF: Good afternoon, Your Honor.

6              THE COURT: I understand we have an interpreter for

7    the Defendant.

8              Ms. Spicer, will you please swear her in.

9              (The Interpreter is Sworn)

10             THE CLERK: Would you please state your name for the

11   record.

12             THE INTERPRETER: My first name is Madhu, M-A-D-H-U.

13   Last name is Mishra, M-I-S-H-R-A.

14             THE CLERK: Thank you.

15             THE INTERPRETER: And I also want to bring it the

16   notice of the Court that this gentleman only requires - I

17   understand I interpret for him. He understands English.

18   That's what he told me.

19             THE COURT: Aha.

20             MR. DUGAN: Judge, he's - he's - he's pretty good

21   with English. This was just out of an abundance of caution -

22             THE COURT: All right.

23             MR. DUGAN: - that we (INDISCERNIBLE 2:01:54) the

24   interpreter.

25             THE COURT: That's fine.
```

```
1              THE INTERPRETER: Thank you.

2              THE COURT: Better - better to be cautious.

3              MR. DUGAN: Thank you.

4              THE COURT: The Court has before us this afternoon

5   the Plea Hearing in the case of the United States of America

6   versus MD Nural Hasan, Criminal Action Number 25-57-01.

7              Ms. Spicer, will you please swear in the Defendant.

8              (The Defendant is Sworn)

9              THE CLERK: Would you please state your name for the

10  record.

11             MR. HASAN: My first name, MD. Middle name, Nural.

12  Last name, Hasan, H-A-S-A-N.

13             THE CLERK: Thank you.

14             MR. HASAN: You're welcome.

15             THE COURT: You may be seated. You may be seated.

16             MR. HASAN: Thank you.

17             THE COURT: And just speak into the microphone,

18  please, when you're called upon.

19             MR. HASAN: Thank you, Your Honor.

20             THE COURT: Mr. Hasan, do you read, write, and

21  understand the English language?

22             MR. HASAN: Yes.

23             THE COURT: Do you understand that during this

24  proceedings I will be asking you a series of questions?

25             MR. HASAN: Yes.
```

1          THE COURT: You have to answer. Yeah.

2          And I will assume that your answers will be

3     truthful.

4          MR. HASAN: Yes.

5          THE COURT: Since you are now sworn and under oath,

6     do you understand that if you should give me false answers

7     you are subject to possible prosecution for perjury, that is

8     lying under oath.

9          MR. HASAN: Yes.

10          THE COURT: Do you understand that I will be asking

11     you questions in order to satisfy myself that you are

12     competent and able to enter a plea?

13          MR. HASAN: Yes, Your Honor.

14          THE COURT: And to satisfy myself that if you decide

15     to plead guilty, that you are knowing and voluntarily giving

16     up certain rights to which you would be entitled if you went

17     to trial? Understood?

18          MR. HASAN: Yes.

19          THE COURT: If, at any time, you do not understand a

20     question that I'm asking you, or you wish a further

21     explanation, please let me know, and I will do my best to

22     rephrase the question or explain it to you.

23          MR. HASAN: Yeah, Your Honor.

24          THE COURT: Also, if, at any time, you wish to speak

25     to your attorney outside of my hearing you, of course, may do

1    so.

2            Mr. Hasan, are you a citizen of the United States?

3            MR. HASAN: Yes.

4            THE COURT: And how old are you?

5            MR. HASAN: Forty-nine.

6            THE COURT: And how far did you go in school?

7            MR. HASAN: I finish MBA in my - Bangladesh, 2000.

8    Masters of Business Administration from Bangladesh, 2000.

9            THE COURT: And have - have you had a job in the

10   last several years, and if so, what job or jobs have you

11   held?

12           MR. HASAN: Yeah. I do the like training center

13   information technology, which is 69 on Upper Darby sti- - do

14   - do have a - I - I just - as I have been, I work, over

15   there.

16           THE COURT: And do you work in Upper Darby?

17           MR. HASAN: 6796. It's called PeopleNTech. I just

18   work there as a -

19           THE COURT: What do you do there?

20           MR. HASAN: - as an administrator. So, just take

21   care of the - all training center and everything.

22           THE COURT: And what business is it in? What does it

23   do?

24           MR. HASAN: It computer information technology and

25   software testing.

```
 1                    THE COURT: Thank you.

 2                    Have you taken any drugs, medicine, or pills in the

 3      last 24 hours?

 4                    MR. HASAN: No, Your Honor.

 5                    THE COURT: Have you drunk any alcoholic beverages

 6      in the last 24 hours?

 7                    MR. HASAN: No, Your Honor.

 8                    THE COURT: Have you ever been hospitalized or

 9      treated for mental illness or narcotic addiction?

10                    MR. HASAN: No, Your Honor.

11                    THE COURT: Are you currently under the care of a

12      doctor?

13                    MR. HASAN: Yes.

14                    THE COURT: For what?

15                    MR. HASAN: Actually, I do have Hepatitis B. So,

16      under - I - I just at UPenn, Doctor Murphy (PHONETIC). So, I

17      under that. She just take - he just take care of me. So, I

18      just basic like a follow up every time. That's - I have it.

19      But other - diabetes and other things, -.

20                    THE COURT: You have dia- -.

21                    MR. HASAN: No.

22                    THE COURT: Is there any medical condition you have

23      which makes it difficult to - to understand the proceedings

24      here today?

25                    MR. HASAN: No.
```

```
1              THE COURT: Do you understand that you have a right

2    to be represented by an attorney at every stage of the

3    proceeding against you?

4              MR. HASAN: Yes.

5              THE COURT: And that if you cannot afford the

6    services of an attorney, the Court will appoint one to

7    represent you free of charge.

8              MR. HASAN: I understood, yeah.

9              THE COURT: Do you have an attorney here today?

10             MR. HASAN: Yes.

11             THE COURT: Who is that?

12             MR. HASAN: Michael Lugan (PHONETIC).

13             THE COURT: Mr. Dugan?

14             MR. HASAN: Yes.

15             THE COURT: Have you had ample opportunity to

16   discuss your case with Mr. Dugan?

17             MR. HASAN: Yes, Your Honor.

18             THE COURT: Are you satisfied with his

19   representation of you?

20             MR. HASAN: Yes.

21             THE COURT: Mr. Dubnoff, would you please summarize

22   any Plea Agreement, if there is one?

23             MR. DUBNOFF: Yes, Your Honor. There is a Plea

24   Agreement.

25             Before I do, I just would like to get some
```

1  clarification. I believe the Defendant said he was 49. I have

2  him as 48. Can we just get clarification of his date of

3  birth?

4          MR. HASAN: Actually, yes. You're right. It is 48.

5  Like - like nine - 49, I just made a mistake. Because my date

6  of birth is March 15, 1-9-7-7.

7          MR. DUBNOFF: That's what I have, Your Honor.

8          THE COURT: All right. Thank you.

9          MR. DUGAN: Okay.

10          MR. HASAN: Thank you. I'm sorry.

11          MR. DUGAN: Your Honor, the Government has a Guilty

12  Plea Agreement with the Defendant. Pursuant to this

13  agreement, the Defendant is agreeing to plead guilty to all

14  charges in Counts 1 through 33.

15          Count 1, charging him with conspiracy to violate

16  federal laws in violation of 18 USC Section 371.

17          Counts 2 through 17, charging him with providing

18  and aiding and abetting - and abetting the providing of false

19  information in registering to vote in violation of 52 USC

20  Section 10307(c) and 18 USC Section 2.

21          And Counts 18 through 33 of voter registration

22  fraud in violation of 52 USC Section 20511(2)(A) and 18 USC

23  Section 2.

24          As part of this Agreement, at the time of

25  sentencing the Government will make whatever sentencing

1    recommendations we feel are appropriate to the Court. We'll

2    inform the Court of every fact that would be bear on

3    sentencing. And nothing in this Agreement shall limit the

4    Government in its ability to comment to the Court on matters

5    relating to sentencing or post-sentencing matters.

6          He is - the - the Agreement contains provisions

7    regarding the maximum penalties, which I'll address later,

8    Your Honor.

9          As part of this Agreement, he's agreeing to provide

10   information regarding his finances to our Office so we can

11   conduct a full financial investigation.

12         As part of this Agreement, there - he is agreeing

13   to pay the special victims witness assessment in the amount

14   of $3,300 and or before the time of sentencing.

15         He is also agreeing that he cannot withdraw his

16   plea if the Court declines to follow any recommendation,

17   motion, or stipulation by the parties to this agreement, and

18   that no one has promised the Defendant what the Court - what

19   sentence the Court will impose.

20         There is a stipulation - actually, two

21   stipulations.

22         The first one is that he is entitled to a two-level

23   downward adjustment under Section 3E1.1(a) for acceptance of

24   responsibility.

25         The second is that he is agreeing and stipulating

1  that in addition to conspiring to commit the voter

2  registration crimes which are charged in this indictment, he

3  and his co-conspirators also committed voter fraud by using

4  personal identifying information of non Millbourne residents

5  to request that mail-in or absentee ballots for those non

6  Millbourne residents be sent to Millbourne addresses

7  accessible by one or more of the co-conspirators, retrieving

8  the ballots from the Millbourne mailbox- - -boxes,

9  impersonating the voters, and fraudulently casing write-in

10 votes in the 2021 general election for Mayor of Millbourne,

11 enclosing the fraudulently completed ballots and envelopes,

12 and forging the voters' signatures on those envelopes and

13 then sending those fraudulent ballots to the Delaware County

14 Board of Elections.

15      He is agreeing that if he commits any federal,

16 State or local crime, then this - or otherwise violates a

17 provision of this Agreement, the Government may declare a

18 breach of the Agreement and may, at its option, prosecute the

19 Defendant for the violation or - and be relieved of any

20 obligations under this Agreement, and be relieved of any

21 stipulations under the guidelines, including the two-level

22 downward adjustment that I mentioned a few minutes ago.

23      As part of this Agreement, there is an appellate

24 waiver provision which I will address now, Your Honor. He is

25 agreeing to voluntarily and expressly waive all rights to

1    file any appeal, any collateral attack, or any other writ or

2    motion that challenges his conviction, sentence, or any other

3    matter relating to this prosecution.

4            There are four exceptions to this appellate waiver.

5    The first exception is if Your Honor imposes a sentence for

6    any count of conviction above the statutory maximum. The

7    second exception is if Your Honor upwardly departs from his

8    guideline sentence. The third exception would be if Your

9    Honor gives an upward variance from his properly calculated

10   guideline sentence. And the fourth exception would be if he

11   were to allege that his Counsel provided constitutionally

12   ineffective assistance of Counsel.

13           Other than those four exceptions, he is waiving all

14   rights to appeal unless - if the Government appeals from the

15   sentence, he may file a direct appeal of the sentence.

16           He is also waiving any claims under the Hyde

17   Amendment, Freedom of Information Act, Privacy Act.

18           He is representing that he is satisfied with the

19   legal representation provided by his attorney.

20           And it is agreed that the party's Guilty Plea

21   Agreement contains no additional promises, agreements, or

22   understandings, other than those set forth in this written

23   Guilty Plea Agreement, and that no additional promises,

24   agreements, or understandings will be entered into unless in

25   writing, and signed by all parties.

1           And that's the summary of the Agreement, but for

2    the maximum penalties provision.

3           THE COURT: Thank you.

4           Mr. Hasan, has the Government accurately summarized

5    the Plea Agreement?

6           MR. HASAN: Yes. Right.

7           THE COURT: I am now going to have put before you

8    the original Plea Agreement by the Deputy Clerk. And I -

9    there are two documents. One is the Guilty Plea Agreement,

10   and the other is the Acknowledgement of Rights.

11          I'll first ask you to focus on the last page of the

12   Guilty Plea Agreement.

13          (BACKGROUND NOISE)

14          MR. HASAN: Yes, Your Honor.

15          THE COURT: Is that - yeah.

16          Is that your signature, Mr. Hasan?

17          MR. HASAN: Yes, Your Honor. This is my signature.

18          THE COURT: Did - did you read the document before

19   you signed it?

20          MR. HASAN: Yes, I read it.

21          THE COURT: Did - did you understand what it said?

22          MR. HASAN: Yes.

23          THE COURT: Did you discuss it with your attorney

24   before you signed it?

25          MR. HASAN: Yes.

```
1              THE COURT: Now if you would turn to the
2    Acknowledgement of Rights, and the final page of that
3    document.
4              Is that your signature?
5              MR. HASAN: Yes, Your Honor.
6              THE COURT: Did you read the document before you
7    signed it?
8              MR. HASAN: Yes.
9              THE COURT: Did you understand what it said?
10             MR. HASAN: Yes, Your Honor.
11             THE COURT: Did you discuss it with your attorney
12   before you signed it?
13             MR. HASAN: Yes.
14             THE COURT: Okay.
15             Mr. Hasan, as you know, the Agreement contains
16   something called an appellate waiver. With respect to that
17   waiver, you have agreed to waive all rights of appeal to any
18   sentence which I should impose, except under the limited
19   exceptions stated in the Agreement.
20             And also, you are forbidden from later
21   collateralling (sic, phonetic) - collaterally attacking the
22   sentence, except under the limited circumstances set forth
23   therein.
24             Do you understand that?
25             MR. HASAN: Yes, Your Honor.
```

| | |
|---|---|
| 1 | THE COURT: Has anyone made any threat or promise or |
| 2 | assurance to you of any kind, other than what is set forth in |
| 3 | the Plea Agreement and Acknowledgement of Rights, to convince |
| 4 | or induce you to sign them? |
| 5 | MR. HASAN: Yes, Your Honor. |
| 6 | THE COURT: What threats have been made? |
| 7 | MR. HASAN: I mean - sorry, can I just -. |
| 8 | MR. DUGAN: If you could repeat the question. |
| 9 | THE COURT: All right. Okay. |
| 10 | MR. HASAN: Yes, please. |
| 11 | THE COURT: Has anyone made any threat or promise or |
| 12 | assurance to you of any kind, other than what is set forth in |
| 13 | the Plea Agreement and Acknowledgement of Rights, to convince |
| 14 | or induce you to sign them? |
| 15 | MR. HASAN: Sorry, Your Honor. No. |
| 16 | THE COURT: Okay. That's all right. |
| 17 | MR. HASAN: Sorry. |
| 18 | THE COURT: Do you understand that if you plead |
| 19 | guilty here today, you'll be giving up your right to |
| 20 | challenge the indictment which has been returned against you, |
| 21 | as well as the Grand Jury proceedings which resulted in the |
| 22 | issuance of the indictment? |
| 23 | MR. HASAN: Yes, Your Honor. |
| 24 | THE COURT: Do you understand that you would have a |
| 25 | right to be tried by a jury if you plead not guilty? |

1          MR. HASAN: Yes.

2          THE COURT: Do you understand that you, through your

3     attorney, could participate in the selection of any jury?

4          MR. HASAN: Yes, Your Honor.

5          THE COURT: Are you aware that if you plead not

6     guilty you have the right to be tried with the assistance of

7     a lawyer?

8          MR. HASAN: Yes.

9          THE COURT: Do you understand that at a trial you

10    would be presumed to be innocent?

11         MR. HASAN: Yes.

12         THE COURT: And that the Government would be

13    required to prove you guilty by competent evidence and beyond

14    a reasonable doubt before you could be found guilty?

15         MR. HASAN: Yes.

16         THE COURT: Do you understand that in the course of

17    a trial the witnesses for the Government would have to come

18    to court and testify in your presence?

19         MR. HASAN: Yes, Your Honor.

20         THE COURT: And that your attorney could cross-

21    examine the witnesses for the Government, object to evidence

22    offered by the Government, and offer evidence on your behalf?

23         MR. HASAN: Yes, Your Honor.

24         THE COURT: Are you aware that if you plead guilty

25    you will be giving up your right to challenge the manner in

1    which the Government obtained evidence against you?

2            MR. HASAN: Yes.

3            THE COURT: Do you understand that at a trial you

4    would have the right to subpoena, that means compel, the

5    attendance of witnesses?

6            MR. HASAN: Yes.

7            THE COURT: And that you would have the right to

8    present your own witnesses, including character witnesses,

9    whose testimony could possibly raise a reasonable doubt about

10   your guilt?

11           MR. HASAN: Yes, Your Honor.

12           THE COURT: Do you understand that at a trial, while

13   you would have the right to testify if you chose to do so,

14   you also would have the right not to testify?

15           MR. HASAN: Yes.

16           THE COURT: And that no inference or suggestion of

17   guilt could be drawn from the fact that you did not testify?

18           MR. HASAN: Yes.

19           THE COURT: Do you understand that you have a right

20   not to be compelled to incriminate yourself? That means no

21   one can force you to testify at a trial or anywhere else

22   about what happened here.

23           MR. HASAN: Yes, Your Honor.

24           THE COURT: Are you aware that your attorney could

25   argue to the jury, or the Court on your behalf, against the

1    Government's case?

2         MR. HASAN: Yes.

3         THE COURT: Do you understand that you can only be

4    convicted by a jury which unanimously found you guilty? That

5    means all 12 jurors would have to agree on your guilt before

6    you could be found guilty.

7         MR. HASAN: Yes.

8         THE COURT: If at trial you were found guilty, do

9    you understand that after a trial you would be able to appeal

10   the verdict to an Appellate Court?

11        MR. HASAN: Yes.

12        THE COURT: And that you could have a lawyer to

13   represent you on that appeal?

14        MR. HASAN: Yes.

15        THE COURT: And that if you could not afford a

16   lawyer, the Court would appoint one to represent you free of

17   charge.

18        MR. HASAN: Yes. I understand.

19        THE COURT: And the Appellate Court, of course,

20   might or might not reverse your conviction?

21        MR. HASAN: Yes. I understand.

22        THE COURT: If you plead guilty and I accept your

23   plea, do you understand you will give up forever your right

24   to a further trial of any kind, as well as the other rights

25   that I have just discussed?

```
1              MR. HASAN: Yes, Your Honor.

2              THE COURT: And that there will be no trial if you

3    plead guilty?

4              MR. HASAN: Right.

5              THE COURT: Now a few moments ago we talked about

6    the appellate waiver. Do you understand that if you plead

7    guilty, you'll be giving up virtually all of your rights to

8    appeal any sentence which I - I impose, or later to attack

9    that sentence, except, again, under the limited circumstances

10   set forth in the - in the Guilty Plea Agreement?

11             MR. HASAN: Yes, Your Honor.

12             (BACKGROUND NOISE)

13             THE COURT: Mr. Hasan, have you received a copy of

14   the Indictment which contains the written charges against

15   you?

16             MR. HASAN: Yes. I received.

17             THE COURT: Now I want to review with you the

18   contents of that Indictment.

19             The Indictment charges that from at least in or

20   about May 2021 up until the time of the Indictment, in

21   violation of Title 18 of the United States Code, Section 371,

22   in the Eastern District of Pennsylvania and elsewhere, you

23   conspired and agreed, together with MD Munsur Ali, and MD

24   Rafikul Islam, and others, to knowingly and willfully give

25   false information as to the names and addresses of voters to
```

1  establish their eligibility to register and vote in the

2  primary and general elections held in part for the purpose of

3  selecting and electing candidates for the Office of

4  President, Vice-President, Presidential Elector, Member of

5  the United States Senate or Member of the United States House

6  of Representatives in violation of Title 52, United States

7  Code, Section 10307(c).

8           Do you understand that the indictment charge is

9  that?

10          MR. HASAN: Yes, Your Honor.

11          THE COURT: It also charges that cons- - your

12  conspiracy to knowingly and - and willfully deprive and

13  defraud the residents of the Commonwealth of Pennsylvania of

14  a fair and im- - impartially conducted election process by

15  the procurement and submission of voter registration

16  applications that were known by you to be materially false,

17  fictitious and fraudulent under the laws of Pennsylvania in

18  violation of Title 52, United States Code, Section

19  20511(2)(A).

20          Do you understand that that's charged?

21          MR. HASAN: Yes, Your Honor.

22          THE COURT: The Indictment goes on to charge that

23  from at least in or about May 2021 to February 2025 you

24  conspired and agreed with MD Munsur Ali, MD Rafikul Islam,

25  and others, to steal the 2021 general election for Mayor of

1  Millbourne, Pennsylvania, for yourself through a multistep

2  process, which included the following: obtaining pers- -

3  personal - personal in- - identification information of

4  nearly 3,009 Millbourne residents, such as their names,

5  addresses, dates of birth, and driver's license numbers;

6  using the personal identifying information to access the

7  Pennsylvania online voter registration website and change the

8  voter registration addresses for those non Millbourne

9  residents to locations within Millbourne; using the

10 Pennsylvania online voter registration website to request

11 that mail-in or absentee ballots for those non Millbourne

12 residents be sent to addresses accessible by, at a minimum,

13 yourself, MD Munsur Ali, or MD Rafikul Islam; retrieving the

14 ballots from Millbourne mail boxes; impersonating the voters

15 and fraudulently casting write-in votes for yourself to be

16 Mayor; enclosing the fraudulently completed ballots and

17 envelopes and forgoing (sic) the voter signatures on the

18 envelopes; submitting the ballots in their envelopes to the

19 Delaware County Board of Elections, all in violation of Title

20 18, United States Code, Section 371.

21         Do you understand that that was what is charged?

22         MR. HASAN: Yes, Your Honor.

23         THE COURT: In addition, the Indictment goes on to

24 charge that in or about October 2021, in the Eastern District

25 of Pennsylvania and elsewhere, you knowingly and willfully

1    gave, and caused others to give, false information as to a

2    voter's name and address in the voting district encompassing

3    Millbourne, Pennsylvania, for the purpose of establishing

4    one's eligibility to register and to vote in primary and

5    general elections held in part for the purpose of electing

6    any candidate for the Office of President, Vice-President,

7    Presidential Elector, Member of the United States Senate, or

8    Member of the United States House of Representatives, by

9    accessing the Pennsylvania online voter registration website

10   and changing the voting addresses for persons whom you knew

11   did not live in Millbourne to locations in Millbourne, in

12   violation of Title 52, United States Code, Section 10307(c)

13   and Title 18, United States Code, Section 2.

14           Do you understand that that's charged?

15           MR. HASAN: Yes, Your Honor.

16           THE COURT: And, finally, the Indictment charges

17   that in our about October 2021, in the Eastern District of

18   Pennsylvania and elsewhere, you knowingly and willfully

19   deprived, defrauded, and attempted to deprive and defraud the

20   residents of the Commonwealth of Pennsylvania of a fair and

21   impartially conducted election process by the procurement and

22   submission of voter registration applications that were known

23   by you to be materially false, fictitious, and fraudulent

24   under the laws of Pennsylvania by accessing the Pennsylvania

25   online voter registration website and changing the voting

1    addresses for persons whom you knew did not live in

2    Millbourne to locations in Millbourne, in violation of Title

3    52, United States Code, Section 20511(2)(A), and Title 18,

4    United States Code, Section 2.

5                Do you understand that?

6                MR. HASAN: Yes, Your Honor.

7                (BACKGROUND NOISE)

8                THE COURT: Mr. Hasan, do you understand that if you

9    plead guilty here today, you would be pleading guilty to one

10   count of conspiracy in violation of Title 18, United States

11   Code, Section 371?

12               MR. HASAN: Yes, Your Honor.

13               THE COURT: And 16 counts of providing and aiding

14   and abetting the providing of false information in

15   registering to vote in violation of Title 52, United States

16   Code, Section 10307(c); and Title 18, United States Code,

17   Section 2?

18               MR. HASAN: Yes, Your Honor.

19               THE COURT: And 16 counts of voter registration

20   fraud and aiding and abetting voter registration fraud in

21   violation of Title 52, United States Code, Section

22   20511(2)(A), and Title 18, United States Code, Section 2?

23               MR. HASAN: Yes, Your Honor.

24               THE COURT: Now, Mr. Hasan, I want to review briefly

25   with you the essential elements of those crimes.

1          For the crime of conspiracy, the elements are that

2     two or more persons agree to commit an offense or offenses

3     against the United States as charged in the indictment; that

4     you were a party to or a member of that agreement; that you

5     joined the agreement or conspiracy knowing that it was

6     subjective to commit an offense or offenses against the

7     United States; and intending to join together with at least

8     one other alleged conspirator to achieve that objective; and

9     that at some time during the existence of the agreement or

10    conspiracy, at least one of its members performed an overt

11    act in order to further the objectives of the conspiracy.

12          Understand that?

13          MR. HASAN: Yes, Your Honor.

14          THE COURT: Now, the essential elements of the crime

15    of giving false information and registering to vote are as

16    follows: that you gave false information as to a name,

17    address or period of residence in a voting district for the

18    purpose of establishing eligibility to register to vote; that

19    you did so in a general, special, or primary election held

20    solely or in part for the purpose of electing any candidate

21    for the Office of President, Vice-President, Presidential

22    Elector, Member of the United States Senate, or Member of the

23    United States House of Representatives; and that you acted

24    knowingly and willfully.

25          MR. HASAN: Yes, Your Honor.

1          THE COURT: Now, finally, with respect to the crime

2    of voter registration fraud the elements are that you

3    procured or submitted voter registration applications that

4    were materially false, fictitious, or fraudulent under

5    Pennsylvania law; that you knew that the voter registration

6    applications were materially false, fictitious, or

7    fraudulent; that the voter registration applications were

8    procured or submitted in any election for federal office; and

9    that you knowingly and willfully deprived, defrauded, or

10   attempted to deprive or defraud the residents of Pennsylvania

11   of a fair and impartially conducted election.

12          MR. HASAN: Yes, Your Honor.

13          THE COURT: Now, with respect to aiding and

14   abetting, the elements are that the principal committed the

15   offenses charged by committing each of the elements of the

16   offenses charged, as I have explained these elements above;

17   that you knew that the offenses charged were going to be

18   committed or were being committed by the principal; that you

19   knowingly did some act for the purpose of aiding, assisting,

20   soliciting, facilitating or encouraging the principal in

21   committing the specific offenses charged, and with the intent

22   that the principal commit those specific offenses; and that

23   you performed an act or acts in furtherance of the offenses

24   charged.

25          MR. HASAN: Yes, Your Honor.

1            THE COURT: Do you understand?

2            MR. HASAN: Yes.

3            THE COURT: Mr. Dubnoff, would you please summarize

4     the material facts in this case.

5            MR. DUBNOFF: Yes, Your Honor.

6            Your Honor, Millbourne Borough is located in

7     Delaware County, which is within the Eastern District of

8     Pennsylvania.

9            The Defendant, MD Nurul Hasan, is presently the

10    Vice-President of the Millbo- - Millbourne Borough Council.

11    Millbourne has Mayor and five members of the Borough Counsel.

12            In 2021, there were elections held for Mayor and

13    for some of the Borough Counsel seats, and the Defendant, MD

14    Nurul Hasan, ran for Mayor. His Co-Defendants, at the time,

15    MD Munsur Ali, also known Mithu, and MD Rafikul Islam, also

16    known as Jibon, were also serving on the Millbourne Borough

17    Counsel at the time. They supported Mr. Hasan in his efforts

18    to win the mayoral race in 2021.

19            In Millbourne, there is one party that has an

20    overwhelming majority of the registered voters. So, a person

21    who wins that party's primary tends to win the general

22    election. And Mr. Hasan ran in the party's primary and lost

23    that race by an approximate vote of 138 to 120.

24            After losing the primary in May of 2021, Mr. Hasan

25    decided to launch a write-in campaign for the general

election, and he was supported in that campaign by his Co-

Defendants, Mr. Ali, Mr. Islam, and other individuals.

In Pennsylvania, registering to - to vote permitted

a registrant to vote in all upcoming elections for both

federal and non-federal offices. So that if a person was

registering to vote in 2021 prior to the general election in

November 2021, they were also registering to vote in all

future federal elections.

The Office of Pennsylvania's Secretary of States

(sic) - of the Pennsylvania Secretary of State oversaw

elections in the Commonwealth and operated a statewide

database of all registered voters. The Secretary of State

Office also operated an online voter registration website

which was accessible to the public. Any person who accessed

this website could either submit a new voter registration

application, or edit an existing voter's registration

information, as long as that person had certain personal

identification information about the voter. A person who

provided such information could that voter's address, party

affiliation, and/or request a mail-in or absentee ballot.

The Millbourne primary elections were held on May

18 of 2021. At the time, there were approximately 549

registered voters in Millbourne. By the time of the general

election on November 2nd, 2021, there were 578 registered

voters in Millbourne Borough. The -. Most of the additional

```
1   registered voters were people who did not live in Millbourne
2   and had previously - had previously been registered to vote
3   in locations other than Millbourne, but whose voter
4   registration addresses had been changed to Millbourne
5   locations by the Defendant, with the assistance of his co-
6   conspirators, using that website I mentioned a few minutes
7   ago.
8          Among the non Millbourne residents whose voter
9   registration addresses were changed to locations within
10  Millbourne in October 2021 were the 16 individuals listed in
11  the Indictment as Person A through Person P.
12         From at least May 2021 until February 2025, in the
13  Eastern District of Pennsylvania and elsewhere, Mr. Hasan,
14  conspired with Mr. Ali, Mr. Islam, and others, to knowingly
15  and willfully give false information as to the name and
16  address of voters to establish their eligibility to vote in
17  elections for Millbourne, including future elections for
18  federal offices, and they conspired to commit voter
19  registration fraud by the procurement and submission of voter
20  registration applications that were known by the Defendants
21  to be materially false, fictitious, and fraudulent under the
22  laws of Pennsylvania.
23         As part of that conspiracy, the Mr. Hasan and his
24  co-conspirators agreed to attempt to steal the 2021 election
25  for Mayor of Millbourne for Mr. Hasan. And they agreed to
```

1   obtain personal identifying information of non Millbourne

2   residents, such as their names, addresses, date - dates of

3   birth, driver's license numbers, using that personal

4   identification information to change the voter addresses of

5   those non Millbourne residents using that - that website I

6   referenced a few minutes ago - using that website to change

7   the addresses, retrieving the ballots - I'm sorry - using

8   that website also to request mail-in or absentee ballots be

9   sent to locations within Millbourne Borough, retrieving

10  ballots that were sent to those Millbourne locations,

11  completing those ballots, and signing Mr. Hasan's name as the

12  candidate for Mayor, enclosing those ballots in envelopes

13  provided by the Board of Elections, forging the voter's

14  signatures on the exterior of those envelopes, and then

15  returning those fraudulently completed ballots to the

16  Delaware County Board of Elections.

17          To further this conspiracy, Mr. Hasan and Mr. Ali

18  contacted friends and acquaintances whom they knew did not

19  live in Millbourne. They told these non Millbourne residents

20  that Mr. Hasan was running for mayor, and they asked if they

21  could register these non Millbourne residents to vote in

22  Millbourne and then cast ballots for Mr. Hasan for mayor. Mr.

23  Hasan and Mr. Ali also persuaded many of their non Millbourne

24  friend and acquaintances to show them their driver licenses,

25  or other documents containing personal identification,

1   information so that Mr. Hasan and Mr. Ali could register them

2   to vote in Millbourne. During many of these conversations Mr.

3   Hasan and Mr. Ali told their non Millbourne friends and

4   acquaintances that they would not get in any trouble as long

5   as they did not vote somewhere else in the November 2021

6   election.

7          Mr. Hasan and Mr. Ali also conspired and agreed to

8   use personal identification information for other non

9   Millbourne residents that they had obtained from other

10  sources, including Mr. Hasan's business that he referenced at

11  the start of today's hearing.

12         Among the non Millbourne residents, from whom Hasan

13  and Ali obtained personal identification information, were

14  the individuals referenced in the Indictment as Persons A

15  through P.

16         Mr. Hasan then used that information to personally

17  access the Pennsylvania online voter registration website and

18  changed the voter registration addresses for those non

19  Millbourne residents to Millbourne locations. He also used

20  the website to request that mail-in ballots or absentee

21  ballots be sent to locations within Millbourne that he or his

22  co-conspirators could access. He retrieved those ballots and

23  had them filled out with him and his co-conspirators as votes

24  for himself.

25         In total, Mr. Hasan and his co-conspirators falsely

1     registered nearly three dozen non Millbourne residents as

2     Millbourne voters in or around October of 2021. They did this

3     in an attempt to steal the election for Mayor of Millbourne

4     for Mr. Hasan in 2021. Their efforts were unsuccessful, as

5     Mr. Hasan still lost the general election by an approximate

6     vote of 165 to 138.

7         In furtherance of this conspiracy and to accomplish

8     its - its aims, Mr. Hasan and his co-conspirators committed

9     each of the overt acts identified in overt acts 1 through 16

10     in Count 1 of the Indictment.

11         As alleged in Counts 2 through 17 of the

12     Indictment, Mr. Hasan knowingly and willfully gave, and

13     caused others to give, false information as to voters names

14     and addresses in the voting district for the purpose of

15     establishing their eligibility to register and to vote in

16     primary and general elections held in part for the purpose of

17     electing candidates for federal office by - by accessing that

18     Pennsylvania online voter registration website and changing

19     the addresses of nonresidents to Millbourne locations.

20         Specifically, for Counts 2 through 17 as alleged in

21     the Indictment, Mr. Hasan accessed the website, provided

22     false information for persons A through persons P on the

23     specific dates listed in the Indictment that began on or

24     about October 5, two thousand and el- - '21, and continued

25     through on or about October 18, 2021.

1           Additionally, as alleged in Counts 18 through 33 of

2     the Indictment, Mr. Hasan knowingly and willfully deprived,

3     defrauded, and attempted to deprive and defraud, the

4     residents of the Commonwealth of Pennsylvania of a fair and

5     impartially conducted election process by the procurement and

6     submission of voter registration applications that were known

7     by Mr. Hasan and his co-conspirators to be materially false,

8     fictitious and fraudulent under the laws of Pennsylvania by

9     accessing the Pennsylvania online voter registration website,

10    changing the voter addresses for non Millbourne residents to

11    locations within Millbourne, and he did as alleged in Counts

12    18 through 13 (sic) for the individuals identified as Person

13    A through Person P on the dates referenced in Counts 18

14    through 33, beginning on or about October 5, 2011 (sic) and

15    continuing through on or about October 18, tw- - I'm sorry,

16    2021, not 2011 - through on or about October 18, 2021, and

17    all of these actions took place in the Eastern District of

18    Pennsylvania.

19           Thank you, Your Honor.

20           THE COURT: Mr. Hasan, do you agree that the

21    Government has accurately summarized the facts in this case?

22           MR. HASAN: Yes, Your Honor. Right.

23           THE COURT: Mr. Dubnoff, would you please state the

24    maximum penalties to which Mr. Hasan is subject, and if there

25    any mandatory minimum penalties, please disclose those also.

1          MR. DUBNOFF: Yes, Your Honor.

2          There are no mandatory minimum penalties, but for

3    each count, 1 through 33, there's a maximum penalty of five

4    years imprisonment per count.

5          For the conspiracy charge in Count 1, other

6    penalties include a $250,000 fine, three years of supervised

7    release, and a $100 special assessment.

8          For Counts 2 through 17, each count carries a

9    maximum possible sentence of five years imprisonment, three

10   years supervised release, a $10,000 fine, and a $100 special

11   assessment per count.

12         And for Counts 18 through 33, each charge carries a

13   maximum possible sentence of five years imprisonment, three

14   years of supervised release, a $250,000 fine, and a $100

15   special assessment.

16         So, the total maximum penalty that the Defendant is

17   facing is 165 years imprisonment, a period of three years

18   supervised release, a fine of $4,410,000, and a $3,300

19   special assessment.

20         Additionally, if the Defendant violates the terms

21   of supervised release, this Court may revoke his supervised

22   release and impose a new term of imprisonment of up to two

23   years per count.

24         Thank you, Your Honor.

25         THE COURT: Mr. Hasan, do you understand that the

1    maximum possible penalty in this case as set forth by the

2    Assistant United States Attorney?

3                MR. HASAN: Yes, ma'am (sic). Yes, Your Honor. I

4    see.

5                THE COURT: Do you understand that if you plead

6    guilty here today and are sentenced, you may be deprived of

7    certain valuable rights, such as your right to vote, to hold

8    public office, to serve on a jury, to serve in the armed

9    forces, to possess a firearm, or to hold a professional

10   license?

11               (INTERPRETER TRANSLATES FOR DEFENDANT)

12               (DEFENSE COUNSEL CONFERS WITH CLIENT)

13               THE COURT: Do you want me - I'll repeat the

14   question.

15               Do you understand that if you plead guilty, and are

16   sentenced, you may be deprived of certain valuable rights,

17   such as your right to vote, to hold public office, to serve

18   on a jury, to serve in the armed forces, to possess a

19   firearm, or to hold a professional license?

20               (INTERPRETER TRANSLATES FOR DEFENDANT)

21               MR. HASSAN: (IN ENGLISH) Yes, Your Honor.

22               THE COURT: Do you understand the Court will not be

23   able to determine how the advisory sentencing guidelines and

24   other applicable law will be applied in your case until after

25   a Presentence Report has been prepared, and both you and the

1   Government have had an opportunity to challenge any facts or

2   other matters set forth in that report?

3              MR. HASSAN: Yes, Your Honor.

4              THE COURT: Do you understand the Court could, in

5   appropriate circumstances, impose a sentence which is more

6   severe or less severe than the sentence which the advisory

7   guidelines or anyone else recommends?

8              MR. HASAN: Yes, Your Honor.

9              THE COURT: Do you understand that if you are sent

10  to prison a term of supervised release will be imposed, to be

11  served after you are released from prison?

12              (INTERPRETER TRANSLATES FOR DEFENDANT)

13              MR. HASAN: Yeah, I understood.

14              THE COURT: You understand?

15              MR. HASAN: Yeah.

16              THE COURT: Do you understand, Mr. Hasan, that on

17  the basis of a guilty plea it is always possible that you

18  could receive a sentence up to the maximum permitted by law?

19  I'm not saying that's what's necessarily going to happen, but

20  it's possible you could receive the maximum sentence.

21              (INTERPRETER TRANSLATES FOR DEFENDANT)

22              MR. HASSAN: (IN ENGLISH) Yes, I understood.

23              THE COURT: Do you understand that you will not be

24  entitled to withdraw any guilty plea if I should impose a

25  more severe sentence than you expect, or than anyone else

```
1    recommends?

2              (INTERPRETER TRANSLATES FOR DEFENDANT)

3              MR. HASSAN: (IN ENGLISH) Okay. Understood.

4              THE COURT: Yes? You understand that?

5              MR. HASAN: Yes.

6              THE COURT: Okay.

7              Mr. Hasan, have you discussed with your attorney

8    the charges against you, your right to contest them, and the

9    maximum possible penalty?

10             (INTERPRETER TRANSLATES FOR DEFENDANT)

11             (DEFENSE COUNSEL CONFERS WITH DEFENDANT)

12             MR. HASSAN: (IN ENGLISH) Understood. Mm-hmm.

13             THE COURT: Yes?

14             MR. HASAN: Yes.

15             THE COURT: Having heard from me what your rights

16   are if you plead not guilty, and what may occur if you plead

17   guilty, do you still wish to give up your right to a trial

18   and plead guilty?

19             (INTERPRETER TRANSLATES FOR DEFENDANT)

20             MR. HASSAN: (IN ENGLISH) Yes, Your Honor.

21             THE COURT: Has anyone threatened you, coerced you,

22   or forced you in any way to plead guilty?

23             (INTERPRETER TRANSLATES FOR DEFENDANT)

24             MR. HASSAN: (IN ENGLISH) No, Your Honor.

25             THE COURT: Has any Plea Agreement been entered
```

into, or any promises made, other than what has already been

stated on the record here?

        (INTERPRETER TRANSLATES FOR DEFENDANT)

        MR. HASSAN: (IN ENGLISH) No, Your Honor.

        THE COURT: No.

        Has anyone told you or promised you what sentence

this Court will impose?

        (INTERPRETER TRANSLATES FOR DEFENDANT)

        MR. HASSAN: (IN ENGLISH) No, Your Honor.

        THE COURT: Has the decision to change your plea to

guilty been made of your own free will?

        (INTERPRETER TRANSLATES FOR DEFENDANT)

        MR. HASSAN: (IN ENGLISH) Yes, Your Honor.

        THE COURT: Does either the Attorney for the

Government or the Attorney for the Defendant have any doubts

as to the Defendant's competence to enter a plea today?

        MR. DUBNOFF: No, Your Honor.

        MR. DUGAN: No, Your Honor.

        THE COURT: Are Counsel satisfied that the

willingness to plead guilty is voluntary?

        MR. DUBNOFF: Yes, Your Honor.

        MR. DUGAN: Yes, Your Honor.

        THE COURT: Are Counsel satisfied that a guilty plea

is not based on any Plea Agreement or promises, except as

disclosed on this record?

1          MR. DUBNOFF: Yes, Your Honor.

2          MR. DUGAN: Yes, Your Honor.

3          THE COURT: Are Counsel satisfied that any guilty

4    plea is being made with the full understanding by the

5    Defendant of the nature of the charges, of the maximum

6    possible penalty provided by law, and of the Defendant's

7    legal rights to contest the charges?

8          MR. DUBNOFF: Yes, Your Honor.

9          MR. DUGAN: Yes, Your Honor.

10         THE COURT: Are Counsel satisfied that there is a

11   factual basis for the plea?

12         MR. DUBNOFF: Yes, Your Honor.

13         MR. DUGAN: Yes, Your Honor.

14         THE COURT: Ms. Spicer, will you please take the

15   plea.

16         THE CLERK: Please stand.

17         MD Nural Hasan, you have previously pled not guilty

18   in Criminal Indictment 25-57 charging you with one count of

19   conspiracy in violation of 18, United States Code, Section

20   371; 16 counts of false information registering in violation

21   of 52, United States Code, Section 10307(c); and aiding and

22   abetting in violation of 18, United States Code, Section 2;

23   16 counts of fraudulent voter registration in violation of

24   15, United States Code, Section 20511(2)(A); and aiding and

25   abetting in violation of 18, United States Code, Section 2.

1          As to Counts 1 through 33 of the Indictment how do

2    you plead now, guilty, or not guilty?

3          MR. HASAN: Guilty.

4          THE CLERK: Thank you.

5          THE COURT: You may be seated.

6          Mr. Hasan, are you pleading guilty here today

7    because you are in fact guilty as charged?

8          MR. HASAN: Yes, Your Honor.

9          THE COURT: I find that the Defendant, MD Nurul

10   Hasan is competent to plead, that his plea of guilty is

11   knowing and voluntary and not the result of force or threats

12   or any promises, apart from the Plea Agreement disclosed on

13   this record.

14          I further find that there is a factual basis for

15   his plea of guilty, that the Defendant understands the

16   charges, his legal rights, the maximum possible penalty, and

17   that the Defendant understands he is waiving, that is giving

18   up, his right to a trial.

19          The Court accepts the guilty plea.

20          I will order a Presentence Investigation Report.

21          And I will set sentencing in this matter for June

22   18th, 2025, at 2:00 p.m.

23          Mr. Hasan is currently on bail. I - I assume

24   there's no objection to his continuing to free on bail

25   pending sentencing?

1          MR. DUBNOFF: Correct, Your Honor.

2          THE COURT: Anything further, Mr. Dugan?

3          MR. DUGAN: No, Your Honor. Thank you.

4          THE COURT: Thank you very much.

5          (Proceedings concluded at 2:53 p.m.)

**CERTIFICATION OF TRANSCRIPTION**

1

2

3   I certify that the foregoing is a correct transcript from the

4   electronic sound recording of the proceedings in the above-

5   entitled matter.

6

7    Signature of Approved Transcriber:

8

9    Typed or Printed Name:        Delanie Shepherd

10   Date:                         August 05, 2025

11